# EXHIBIT A

## (Images of Rag & Bone Products in the Miramar Collection)



















