# EXHIBIT C

## (Images of MBG "Miramar" Products)





# Miramar



Shop All   Volleyballs   Men   Women   Kids   Accessories   Events   Athletes   Miramar Beach



2022 EBBETS x MIRAMAR Arch Keystone Black
$ 70.00 USD



2022 EBBETS x MIRAMAR Arch Keystone Sand
$ 70.00 USD



2022 EBBETS x MIRAMAR® Arch Keystone Navy
$ 70.00 USD



2022 Miramar® American Riviera Collection Backpack
From $ 65.00 USD



2022 Miramar® American Riviera Collection Minillial Pink Socks
$ 20.00 USD



2022 Miramar® American Riviera Collection Tote Bag - Vintage
$ 25.00 USD



2022 Miramar® Brown Flag Stickers
From $ 2.23 USD



2022 Miramar® Fernald Flag Sticker
From $ 2.23 USD



Miramar® Classic White Linen Button Down
$ 180.00 USD



Miramar® Denim 1548 Collection Heavy Hooded Sweatshirt
From $ 25.76 USD



MIRAMAR® DENIM SCRIPT LOGO BEACH HAT
$ 40.00 USD



Miramar® Fernald Beach Tote
$ 65.00 USD



Miramar® Fernald Flag Latte mug
$ 23.00 USD



Miramar® Fernald Square Pillow
From $ 33.00 USD



Miramar® King of the Beach!® KOTB PRO-VL Professional Beach Volleyball – Official Game Ball
$ 69.99 USD



Miramar® Laptop Sleeve
$ 50.00 USD





Miramar® Signature Collection Tri-Blend Unisex Long
Sleeve
From $ 50.00 USD



Miramar® Signature Collection Women's Classic T-
Shirt
$ 50.00 USD



Miramar® Signature Collection Women's Flowy
Racerback Tank
$ 60.00 USD



Miramar® Signature Collection Women's Jersey V-
Neck Tee
$ 55.00 USD



Miramar® Signature Collection Women's Leggings
$ 60.00 USD



Miramar® Signature Collection Zebra Style Leggings
$ 60.00 USD



Miramar® Signature Grey Flip-Flops
$ 40.00 USD



Miramar® Signature Pullover Hooded Sweatshirt
From $ 55.00 USD