UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
.
RAG & BONE HOLDINGS, LLC AND RB       :
TOPCO SAGL,                            :
                           Plaintiffs,  :        25 Civ. 9937 (LGS)
                                       :
              -against-                 :        **ORDER**
                                       :
MIRAMAR BRANDS GROUP, INC,             :
                           Defendant.  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 1, 2025, Plaintiffs filed an application for a temporary

restraining order ("TRO") and a preliminary injunction by order to show cause (the "Motion").

WHEREAS, on December 2, 2025, a show cause hearing was held regarding the Motion,

resulting in an oral ruling granting the TRO, with a written order to follow.  It is hereby

**ORDERED** that by **December 11, 2025**, Defendant shall file any opposition to the

Motion regarding the issuance of a preliminary injunction.  By **December 18, 2025**, Plaintiffs

shall file any reply.  The parties should refer to the Local Rules and Individual Rule III.B for

applicable formatting and page-limit requirements.  The parties should note in their filings

whether there are disputed issues of fact requiring an evidentiary hearing, in addition to oral

argument.  Oral argument, and possibly an evidentiary hearing, will be scheduled at a later date.


Dated:  December 2, 2025
        New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE