## ~~Proposed~~ Order Granting 40-Day Extension

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAG & BONE HOLDINGS LLC,
Plaintiff,

v.

MIRAMAR BRANDS GROUP, INC.,
Defendant.

Case No. 1:25-cv-09937-LGS

~~[PROPOSED]~~ ORDER GRANTING EXTENSION OF TIME

Upon the request of Defendant Miramar Brands Group, Inc., appearing pro se pending retention of substitute counsel, and with the consent of Plaintiff, and for good cause shown, it is hereby:

except as noted below

ORDERED that all current deadlines in this action are extended by forty (40) days; and it is further

ORDERED that Plaintiff's deadline to file any reply regarding the pending preliminary injunction motion is extended by 47 days; and it is further ORDERED that the hearing currently scheduled in this matter is adjourned for forty (40) days from its presently scheduled date; and it is further

ORDERED that Defendant Miramar Brands Group, Inc. shall cause substitute counsel to appear ~~within that period or seek such further relief as may be appropriate.~~ by December 22, 2025; and it is further

ORDERED that by December 19, 2025, Defendant shall withdraw the takedown notices to Meta Platforms, Inc. referenced in Plaintiff's letter dated December 12, 2025 (Dkt. No. 31); and it is further

ORDERED that by December 22, 2025, each party shall file a status letter. The status letters should address the status of the takedown notices or any ongoing harm stemming from the extension of deadlines in this action. Defendant's letter should also address the status of its search for counsel if Defendant's substitute counsel has not yet appeared by then.

Defendant must obtain representation through a licensed attorney to appear in this case and the failure to do so may constitute grounds for entry of default judgment under Federal Rule of Civil Procedure 55. *See City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 130 (2d Cir. 2011); *Grace v. Bank Leumi Trust Co. of NY*, 443 F.3d 180, 192 (2d Cir. 2006); *EagleAssociates v. Bank of Montreal*, 925 F.2d 1305, 1310 (2d Cir. 1991).

SO ORDERED.

Dated: December 15 , 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE