# SML Avvocati P.C.

San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

January 20, 2026

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    Request for Remote Appearance or Continuance of Initial Conference
             *Rag & Bone Holdings, LLC et al. v. Miramar Brands Group, Inc.*
             Case No. 1:25-cv-09937-LGS (S.D.N.Y.)

Dear Judge Schofield:

       With reference to this Court's December 2, 2025 Order (*see* ECF No. 18), Defendant Miramar Brands Group, Inc. ("MBG") respectfully informs the Court that the undersigned lead counsel for MBG is located outside of New York City—in San Diego, California—and would experience additional hardship from an in-person appearance at the conference currently scheduled for January 27, 2026 at 3:00 p.m. The additional hardship includes having to re-schedule pre-existing appointments and obligations on January 26-28 in order to accommodate travel to New York City. If the conference remains as scheduled, the undersigned respectfully requests that arrangements be made to allow to counsel for Defendant MBG to appear remotely.

       In the alternative, Defendant MBG respectfully requests that the Court should adjourn and continue the conference to be coordinated with the date of any hearing on Plaintiffs' pending motion for preliminary injunction. *See* ECF Nos. 8-11; ECF No. 17 (order that "the parties should note in their filings whether there are disputed issues of fact requiring an evidentiary hearing, in addition to oral argument" and that "[o]ral argument, and possibly an evidentiary hearing, will be scheduled at a later date"). Because of pre-existing scheduling conflicts including

business travel to Florida (week of February 2-6) and Washington (week of February 10-13), MBG respectfully requests that such a hearing and argument be set no sooner than February 16, 2026.

Please contact our office with any questions or concerns.

Warm regards,

**SML Avvocati P.C.**

/s/ Stephen M. Lobbin