EXHIBIT A

MBG WEBSITES, STORES & META ACCOUNTS

EXHIBIT A – MIRAMARBRANDS.COM

CORPORATE WEBSITE LANDING PAGE

Click here to visit Miramar Brands Group, Inc. Site



EXHIBIT A – MIRAMARBRANDS.COM

CORPORATE PARTNERS PAGE

Click here to visit MBG Corporate Partners Page



EXHIBIT A – MIRAMARBRANDS.COM

CORPORATE WEBSITE LANDING PAGE

Click here to visit Miramar Brands Group, Inc. Site



# EXHIBIT A – MIRAMARBRANDS.COM

## CORPORATE ELLE BRAND PAGE

[Click here to visit ELLE Partner Page](#)



EXHIBIT A – MIRAMARBRANDS.COM

CORPORATE ELLE DECOR BRAND PAGE

[Click here to visit ELLE DECOR Brand Page](#)



EXHIBIT A – MIRAMARBRANDS.COM

CORPORATE ELLE BOUTIQUE BRAND PAGE

Click here to visit ELLE Boutique Brand Page



EXHIBIT A – MIRAMARBRANDS.COM

CORPORATE MIRAMAR® BRAND PAGE

Click here to visit MIRAMAR® Brand Page



EXHIBIT A – MIRAMAR.SHOP

ONLINE RETAIL WEBSITE

HAGEN SMITH – WORLD'S #1 Beach Athlete

"MIRAMAR® BRAND AMBASSADOR"

Click here for more on Hagen Smith

STUNNING SAVE ON TIKTOK CBS LIVE WEARING MIRAMAR®

August 29-30, 2025





EXHIBIT A – MIRAMAR.SHOP AND REDIRECT FROM
MIRAMARDENIM.COM

ONLINE RETAIL WEBSITE – SINJIN SMITH, OLYMPIAN

Click here to visit MiramarDenim.com

Click here to view Levi's 150th Campaign with Sinjin Smith, Olympian,
"Greatest Story Ever Worn"



EXHIBIT A – MIRAMAR.SHOP AND REDIRECT FROM MIRAMARDENIM.COM

ONLINE RETAIL WEBSITE – SINJIN SMITH, OLYMPIAN





EXHIBIT A – MIRAMAR.SHOP

ONLINE RETAIL WEBSITE

Click here to visit Miramar.shop Online retail site



EXHIBIT A – MIRAMAR.SHOP

ONLINE RETAIL WEBSITE – SWEATPANTS

Click here to visit the Miramar® Avenir Sweatpant



EXHIBIT A – MIRAMAR .SHOP AND REDIRECT FROM
MIRAMAROFFICIAL.COM

ONLINE RETAIL WEBSITE – MIRAMAR GLOBAL EVENTS

Click here for November 29, 2025 London Final Highlight Reel with Miramar®





EXHIBIT A – MIRAMAR.SHOP

RETAIL WEBSITE – MIRAMAR HOODIES & FLEECE

Click here for Men's Hoodies & Fleece



EXHIBIT A – MIRAMAR.SHOP

RETAIL WEBSITE – NEW ARRIVALS



EXHIBIT A – MIRAMAR.SHOP

RETAIL WEBSITE – MIRAMAR® X ELLE

NUMBER ONE WOMEN'S FASHION MAGAZINE IN THE WORLD

Click here for ELLE x MIRAMAR MODEL VOLLEYBALL



EXHIBIT A – KINGOFTHEBEACH.COM

RETAIL WEBSITE – MIRAMAR HEADWEAR

SINJIN SMITH, OLYMPIAN & WORLD CHAMPION

Click here for Miramar Headwear



EXHIBIT A – KINGOFTHEBEACH.COM

RETAIL WEBSITE – MIRAMAR GLOBAL EVENTS

QUEEN & KING OF THE COURT® - MIRAMAR® PRESENTING SPONSOR

Click here for Miramar® Queen King of the Court®



EXHIBIT A

AMAZON STORE

MIRAMAR® & KING OF THE BEACH® CLOTHING

Click here for Women's Miramar® Queen of the Beach® Jogger on Amazon



EXHIBIT A

AMAZON STORE

MIRAMAR® & KING OF THE BEACH® CLOTHING

Click here for Miramar® King of the Beach® Clothing on Amazon.com



EXHIBIT A

AMAZON STORE

MIRAMAR® & KING OF THE BEACH® CLOTHING

Click here for Miramar® King of the Beach® Clothing on Amazon.com



EXHIBIT A

MIRAMAR INSTAGRAM SITE (META)

[Click here for @miramar on Instagram](#)



EXHIBIT A

MIRAMAR INSTAGRAM SITE (META)

Click here for @miramar on Instagram

