EXHIBIT B

MIRAMAR TRADEMARK "3891117"





Reg. No. 3,891,117        MIRAMAR BRANDS GROUP, INC. (CALIFORNIA CORPORATION)
                          36 WEST COLORADO BOULEVARD
Registered Dec. 14, 2010  PASADENA, CA 91105

Int. Cl.: 25              FOR: CLOTHING, NAMELY, SWIMWEAR, TOPS, SHIRTS, T-SHIRTS, SWEATSHIRTS,
                          TANK TOPS, VESTS, BLOUSES, COATS, OVERCOATS, SUITS, JACKETS, SPORTS COATS,
                          SWEATERS, PULLOVERS, JUMPERS, SKIRTS, DRESSES, BODY SUITS, LEOTARDS,
TRADEMARK                 LEGGINGS, PANTS, TROUSERS, SWEATPANTS, SHORTS, GLOVES, SOCKS, UNDERWEAR,
                          AND BELTS; HEADWEAR, NAMELY, CAPS, HATS, AND VISORS; FOOTWEAR, NAMELY,
PRINCIPAL REGISTER        SHOES AND SANDALS, SLEEPWEAR, ATHLETIC UNIFORMS, IN CLASS 25 (U.S. CLS. 22
                          AND 39).

                          FIRST USE 8-26-2009; IN COMMERCE 8-26-2009.

                          THE MARK CONSISTS OF THE TERM "MIRAMAR" IN A STYLIZED FONT.

                          SN 77-824,502, FILED 9-11-2009.

                          WILLIAM BRECKENFELD, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office