EXHIBIT C

MIRAMAR TRADEMARK "3891118"



# MIRAMAR

**Reg. No. 3,891,118**  
**Registered Dec. 14, 2010**  
**Int. Cl.: 25**  

**TRADEMARK**  

**PRINCIPAL REGISTER**

MIRAMAR BRANDS GROUP, INC. (CALIFORNIA CORPORATION)  
36 WEST COLORADO BOULEVARD  
PASADENA, CA 91105

FOR: CLOTHING, NAMELY, SWIMWEAR, TOPS, SHIRTS, T-SHIRTS, SWEATSHIRTS, TANK TOPS, VESTS, BLOUSES, COATS, OVERCOATS, SUITS, JACKETS, SPORTS COATS, SWEATERS, PULLOVERS, JUMPERS, SKIRTS, DRESSES, BODY SUITS, LEOTARDS, LEGGINGS, PANTS, TROUSERS, SWEATPANTS, SHORTS, GLOVES, SOCKS, UNDERWEAR, AND BELTS; HEADWEAR, NAMELY, CAPS, HATS, AND VISORS; FOOTWEAR, NAMELY, SHOES AND SANDALS, SLEEPWEAR, ATHLETIC UNIFORMS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-26-2009; IN COMMERCE 8-26-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-824,504, FILED 9-11-2009.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office