EXHIBIT D

MIRAMAR CLOTHING ITEMS – WOMEN'S TIE-DYE HOODIE

Click here for Queen of the Beach®/MIRAMAR® HOODIE



EXHIBIT D

MIRAMAR CLOTHING ITEMS – LUXURY BOMBER JACKET

Click here for Miramar® Fernald Down Bomber Jacket



EXHIBIT D

MIRAMAR CLOTHING ITEMS – HOODIES AND FLEECE

Click here for Men's Hoodies & Fleece



# EXHIBIT D

# MIRAMAR CLOTHING ITEMS

[Click here for Miramar® Queen of the Court® Hoodie](#)



EXHIBIT D

MIRAMAR CLOTHING ITEMS

Click here for Women's Tank



EXHIBIT D

MIRAMAR CLOTHING ITEMS

[Click here for Miramar® Queen & King of the Court® Graphic T-Shirt](#)



EXHIBIT D

MIRAMAR CLOTHING ITEMS – HEADWEAR

[Click here for Denim Items](#)

