EXHIBIT E

Women's Wear Daily ("WWD")

"Rag & Bone's Denim-mimicking Miramar Collection Raises its Retail Profile"

September 5, 2025

Rag & Bone's Denim-mimicking Miramar Collection Ups its Retail Profile    10/17/25, 5:09 AM

**BUSINESS**

Following LVMH, Luxury Sector Shares Move Higher

**FASHION**

Live on the Victoria's Secret Fashion Show Pink Carpet

**BUSINESS**

Can Inde Transitio Shopping

BUSINESS / RETAIL

# Rag & Bone's Denim-mimicking Miramar Collection Raises Its Retail Profile

Pop-up shops in Manhattan's Moynihan Train Hall, by the University of Colorado, and soon in the American Dream entertainment and shopping center, raise the possibility of a deeper commitment to Miramar stores in the future.

By **DAVID MOIN**     SEPTEMBER 5, 2025, 4:53PM





The Miramar pop up shop on the concourse of Manhattan's Moynihan Train Hall.  COURTESY IMAGE

Miramar, the fashion collection that mimics the look of denim with the softness of a sweat pant, is advancing its retail footprint.

Two pop-up shops, on the concourse level of Manhattan's Moynihan Train Hall and on 29th Street by the University of Colorado in Boulder, opened Aug. 28 and Aug. 20, respectively. A third Miramar pop-up will open in the American Dream entertainment and shopping center in East Rutherford, N.J., on Sept. 12. All three units will operate through the holiday season and into January.

While pop-ups are commonplace, it's unusual for a brand to open three simultaneously in the same season, and in the case of Miramar, the maneuver hints at a possible deeper commitment to brick-and-mortar stores. Miramar could try to extend the leases on the pop-ups depending on how successful they are and agreements with landlords, or perhaps launch permanent freestanding Miramar stores elsewhere, which would be a first for the brand.

## You May Also Like

Miramar, a 12-year-old collection created by Rag & Bone, does have shops inside all of the 32 regular-price Rag & Bone shops in the U.S., but until this summer, never opened pop-up boutiques. Following the rollout of the shops-in-shop, "These pop-ups were really kind of the natural next step for us to pursue stand-alone boutiques," said Jess Burns, senior vice president of marketing at Rag & Bone.

Asked if more pop-ups will be opened next year, Burns said: "I wouldn't rule out the possibility, based on the performance that we've seen of these current pop-ups, and also the performance of the shops-in-shop within our existing retail stores. I can't share specific details on sales, but we're very encouraged."

Asked if the pop-ups could be considered barometers for

launching permanent Miramar stores, Burns replied: "That's a great question. I think we'll learn from these leases. They will be running for about six months, so we'll learn pretty quickly on whether or not we want to extend. Based on how Miramar has been performing for our business overall, I'm very encouraged these pop ups will do well."

Overseas, Rag & Bone has two stores in the U.K., one each in Amsterdam and Dusseldorf, two in Australia and one in Japan. Going forward, Burns said the company intends to drive awareness of Rag & Bone and Miramar to other regions as well through Europe, the Middle East and Africa. Rag & Bone is considered a contemporary brand and is especially known for denim.



Jess Burns  JESSICA_IMHOFF

With the pop-ups, "We've been pretty intentional about the decisions on locations," said Burns. "At UC Boulder, we are able to

target a college cohort, and get an understanding of that level of their interest and engagement with the brand. We're excited about learning more. At Moynihan, we're targeting a professional and a traveler. Moynihan is one of the biggest destinations in the city, and there's a ton of businesses in and around the area." Miramar has what it characterizes as a "travel-friendly DNA." Burns also pointed out that Rag & Bone has locations uptown and downtown with Miramar included, so Moynihan gives Miramar exposure to a more central section of Manhattan. "With American Dream, we can target families. So these three pop-ups serve three different purposes. We're really excited to get the learnings from each because they will tell different stories."



Miramar's wide-legged striped pant.

While Miramar offers a variety of categories including pants, jackets, and shirting, Burns did highlight one sku (stock keeping

unit) that has been selling particularly well at retail and online — the Miramar track pant. "It's essentially a wide leg pant with two racing stripes down the side," she said.

For the University of Colorado pop-up, Miramar is customizing the pant in the school's black and gold colors. For the Moynihan pop-up, Miramar is customizing the pant in the colors of a professional team playing at Madison Square Garden, which is right next to the train hall. Odds are it will be the blue and orange colors of the Knicks pro basketball team, though Burns declined to disclose the team until a later date. Miramar's pants are priced similar to premium denim, in the $150 to $225 range.



The Miramar pop up shop in Moynihan Train Hall.

Miramar offers primarily loungewear and casual apparel that looks like denim but feels like sweats. Miramar has a special printing technique replicating denim that gets applied to more comfortable, less rigid fabrics for jeans, jackets, shorts, skirts, shirts, for men, women and kids. Some consider Miramar unique, in niche somewhere between traditional sportswear and

athleisure.

ADVERTISEMENT



00:14

SCROLL TO CONTINUE READING

Case 1:25-cv-09937-LGS    Document 54-6    Filed 01/20/26    Page 13 of 15



The Miramar look.

.

EXHIBIT E

*Rag & Bone January 1, 2026 Email Marketing campaign Using 'rag & bone/MIRAMAR"*

