EXHIBIT F

*"Exerpt from ELLE.com featuring Rag & Bone Miramar sweatpant jeans (Nov. 28, 2025)"*



RELATED    My Honest Review of Gap's Viral Sweatpant Jeans    *The Holiday* Outfits, Recreated    Drawstring Jeans Aren't as Bad as You Think

FASHION > SHOPPING

# Rag & Bone's Viral Sweatpa[nt Jeans] Are 25 Percent off for Blac[k Friday]

But they're a sell-out risk

BY **KELSEY MULVEY**    PUBLISHED: NOV 28, 2025 2:16 PM EST

⬜ SAVE ARTICLE



Rag & Bone

🕐 2 MIN READ

As far as we're concerned, anyone who lives by the "beauty is pain" philosophy needs to get their hands on **a pair of sweatpant jeans**. Yes, you read that correctly: Many brands are reimagining jeans (and shorts!) with soft, sumptuous fabrics like Tencel and terry cloth. Translation? You can get the look of traditional denim, but the comfort of sweatpants. If you want to hop on this very cozy bandwagon, you're in luck: Rag & Bone's Miramar Sweatpant Jeans are currently on sale at both **Nordstrom** and **Amazon** as a **Black Friday** treat.

Since its founding in 2002, Rag & Bone has been known for creating denim that looks *and* feels good. So is anyone really surprised that the fashion house basically pioneered this trend? Not only are Rag & Bone's pairs *all* over **TikTok**, but ***ELLE* editors** and celebrities like Sienna Miller are also fans. "These fooled my coworkers, who thought they were real jeans," Associate fashion commerce editor **Meg Donohue** wrote after taking a pair for a spin. She also added that they are in fact as comfy as sweatpants.



Rag & Bone Miramar Wide Leg Sweatpant Jeans

Now 25% Off

~~$198~~ $148 AT NORDSTROM

The magic lies in a careful mix of softness and style. Rag & Bone crafts its sweatpants jeans from 100 percent cotton, so they're lightweight, breathable, and comfortable enough to wear on a long flight or lounging around the house. (The dream, right?) Each pair has a photorealistic print of a denim wash to create the illusion of the real deal. Oh, and did we mention these sweatpant jeans have pockets? You'll have somewhere to stash your phone or keys—and nobody will be the wiser.

While there are *a lot* of sweatpants jeans on sale, we're currently eyeing **Miramar Wide Leg Cotton Terry Sweatpant Jeans**. Not only will the trendy, wide-legged silhouette look good with virtually anything—blazers, sweaters, cropped tees—but it's currently on sale in both a light and medium wash.

We know what you're thinking and you're right: Even discounted, spending $149 can feel a little steep. But when you think about how versatile they are—and the fact you're going to live in them for the foreseeable future—picking up a pair is arguably one of the best fashion investments you can make.

Rag & Bone Miramar Terry Wide Leg Pants

$198 AT AMAZON

$198 AT NORDSTROM

$198 AT BLOOMINGDALE'S

Rag & Bone Miramar Sofie Sweatpant Jeans

**Now 25% Off**

~~$248~~ $186 AT NORDSTROM

| Rag & Bone Miramar Shea Sweatpant Jeans | Rag & Bone Miramar Track Shorts |
|---|---|
| **Now 25% Off** | |
| ~~$268~~ $201 AT AMAZON | $138 AT NORDSTROM |
| $201 AT NORDSTROM | |
| $268 AT BLOOMINGDALE'S | |

Related Stories

21 Best Under-$100 Nordstrom Black Friday Deals

The Black Friday Deals ELLE Editors Love Most

## Looking for what's on-trend this month?

We've got you covered.

| Pop in your email address. | LET'S GO SHOPPING. |

By signing up, I agree to the Terms of Use (including the dispute resolution procedures) and have reviewed the Privacy Notice.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.