EXHIBIT G

OPRAH DAILY

*"Oprah's Favorite Things 2025"*

"Miramar Wide-Leg Track Pants"

Holiday 2025



