EXHIBIT I

WHP GLOBAL LinkedIn Post

"MIRAMAR like you've never seen it before.  rag & bone's new immersive experience has arrived at…"

September 5, 2025



EXHIBIT I

WHP GLOBAL LinkedIn Post

"This is not denim.  It's MIRAMAR…Is this the future of heritage reimagined?
A new generation is discovering Rag & Bone through MIRAMAR – a bridge
between a 23-year old legacy brand and the next wave of consumers."

"#RAGANDBONE #MIRAMARCOLLECTION #FALL2025"

September 2025





EXHIBIT I

@ragandbone META POST

"…this is so exciting…"

"…@lifewithleahnyc it's MIRAMAR in a whole new way…"

August 29, 2025



EXHIBIT I

Rag & Bone Linked In POST

September, 2025



**rag & bone**
155,008 followers
3mo · Edited · 🌐

+ Follow  ···

Drafting off the viral momentum of rag & bone / Miramar, we're thrilled to share that we are expanding our footprint with a new rag & bone concept — rag & bone / Miramar pop-up shops. Now open at Moynihan Train Hall in NYC, Twenty Ninth Street in Boulder, and the American Dream mall in New Jersey. These shops bring the best of rag & bone / Miramar to life with expanded inventory, exclusive product drops and unique customer experiences.

WWD Feature here:
https://lnkd.in/edDb93Wh



EXHIBIT I

RAG & BONE/MIRAMAR CLOTHING ITEMS

GOOGLE SEARCH ORGANIC LISTINGS – MIRAMAR CLOTHING

(RAG & BONE IS NOW RANKING HIGHER THAN MBG'S MIRMAR.SHOP WEBSITE ON GOOGLE
WHEN THE KEYWORD MIRAMAR CLOTHING IS SEARCHED)

December 27, 2025



EXHIBIT I

RAG & BONE/MIRAMAR CLOTHING ITEMS

GOOGLE SEARCH SPONSORED PRODUCTS

MIRAMAR CLOTHING – RAG & BONE

December 28, 2025



EXHIBIT I

RAG & BONE/MIRAMAR CLOTHING ITEMS

AMAZON SEARCH – MIRAMAR + CLOTHING

December 28, 2025



EXHIBIT I

RAG & BONE/MIRAMAR CLOTHING ITEMS

"GOOGLE SHOPPING" SEARCH – MIRAMAR + CLOTHING

December 28, 2025



EXHIBIT I

RAG & BONE/MIRAMAR CLOTHING ITEMS

October 18, 2025 MINI MIRAMAR INTRODUCTION



EXHIBIT I

"MIRAMAR" TRACK PANTS

Meta Sponsored Ad

August 24, 2025



EXHIBIT I

GOOGLE MIRAMAR CLOTHING SEARCH

SPONSORED ADS – RAG & BONE MIRAMAR

December 28, 2025



EXHIBIT I

RAG & BONE/MIRAMAR

"WWW.RAG-BONE.COM/ /MIRAMAR/" URL

Click here for Rag & Bone/MIRAMAR



