# EXHIBIT J

# ACTUAL CONFUSION

# Theodore Jaffrey



# EXHIBIT J

# ACTUAL CONFUSION

# Moses Khuu



# EXHIBIT J

# ACTUAL CONFUSION

# Dale Waters – Industry Associate

