UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
RAG & BONE HOLDINGS, LLC AND RB      :
TOPCO SAGL,                                         :
                                    Plaintiffs,     :        25 Civ. 9937 (LGS)
                                                    :
              -against-                             :                ORDER
                                                    :
MIRAMAR BRANDS GROUP, INC.,                :
                                    Defendant.      :
                                                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for January 27,

2026;

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

        **ORDERED** that the January 27, 2026, initial pretrial conference is **CANCELED**.  If the

parties believe that a conference would nevertheless be useful, they should inform the Court

immediately so the conference can be reinstated.  The case management plan and scheduling

order will issue in a separate order.  The parties' attention is particularly directed to the provisions

for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final

conference and setting of a trial date.  It is further

        **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-

motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

        **ORDERED**, regarding settlement discussions, if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: January 21, 2026
      New York, New York

                              **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**

2