UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                      :

RAG & BONE HOLDINGS, LLC AND RB   :
TOPCO SAGL,                         :
                    Plaintiffs,  :        25 Civ. 9937 (LGS)
                                   :

           -against-         :          ORDER
                                   :

MIRAMAR BRANDS GROUP, INC.,    :
                   Defendant.  :
                                   :

--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 20, 2026, Defendant moved to dismiss this action (Dkt. No. 53);

      WHEREAS, prior to submitting its motion to dismiss, Defendant did not submit a pre-motion letter as required by the Court's Individual Rules.  It is hereby

      **ORDERED** that Defendant's motion to dismiss is denied without prejudice.  It is further

      **ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  The pre-motion letter shall propose a briefing schedule for the motion to dismiss and may attach the previously filed motion to dismiss as an exhibit.  It is further

      **ORDERED** that if Defendant files a pre-motion letter in accordance with this Order, Plaintiffs may file a letter in response by **five business days** from the date of Defendant's filing. In the response letter, Plaintiffs shall either state that they agree to Defendant's proposed briefing schedule or propose an alternative schedule.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 53.

Dated: January 21, 2026
      New York, New York

                                   **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**