UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
RAG & BONE HOLDINGS, LLC AND RB          :
TOPCO SAGL,                              :
                         Plaintiffs,     :          25 Civ. 9937 (LGS)
                                         :
              -against-                  :          **ORDER**
                                         :
MIRAMAR BRANDS GROUP, INC,               :
                         Defendant.      :
-----------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated February 9, 2026, scheduled an evidentiary hearing relating to Plaintiff's motion for a preliminary injunction for April 13, 2026, at 10:30 A.M. Dkt. No. 69. The February 9, 2026, Order required the parties to "meet and confer and submit a joint letter by **February 23, 2026**, stating whether they stipulate to interim relief, and the terms of such stipulation, such that court-ordered injunctive relief and the hearing are unnecessary." *Id.*

WHEREAS, the parties have failed to file such joint letter. It is hereby

**ORDERED** that the parties shall file the joint letter pursuant to the February 9, 2026, Order by **March 10, 2026**. Continued failure to comply with the Court's order will result in sanctions.

Dated: March 3, 2026
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**