UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rag & Bone Holdings, LLC and RB
Topco Sagl,

          Plaintiffs,

        v.

Miramar Brands Group, Inc.,

          Defendant.

Case No. 1:25-cv-09937-LGS

**Reply Declaration of Stephen Y. Ascher, Jr. in Support**

**of Defendant's Motion to Dismiss**

I, Stephen Y. Ascher, Jr., declare and state as follows:

1.     I am the founder, sole shareholder, and principal of Defendant Miramar Brands Group, Inc. ("MBG").  MBG has two full-time employees and no offices, employees, agents, or bank accounts in New York.  I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

2.     MBG has a long term business partnership with Paris, France based Hachette Filipacchi Presse ("Hachette"), part of the Lagardère Group, owned by Vivendi.  Hachette has a connection to Hearst, but they are different companies. MGB works directly for Hachette senior executives and personnel in Paris, not

1

New York, by virtue of a long-term Licensing and Merchandising Agreement. MGB's main Hachette contacts include François Coruzzi, CEO of ELLE International and Anne Billaz, Directrice Generale.  Moreover, MGB's business with Hachette is unrelated to Rag & Bone's trademark infringement of MGB's MIRAMAR® trademark.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this 16th day of March 2026 at Pasadena, California.

_____

2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 16, 2026, a true and correct copy of the above document was provided to all counsel of record through the Court's CM/ECF system.

/s/ Stephen M. Lobbin