UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
RAG & BONE HOLDINGS, LLC AND RB          :
TOPCO SAGL,                                               :
                                    Plaintiffs,   :          25 Civ. 9937 (LGS)
                                                          :
            -against-                                :          ORDER
                                                          :
MIRAMAR BRANDS GROUP, INC.,               :
                                   Defendant.   :
                                                          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an evidentiary hearing relating to Plaintiffs' motion for a preliminary

injunction is scheduled for April 13, 2026, at 10:30 A.M.  It is hereby

**ORDERED** that the hearing will begin promptly at 10:30 A.M. as scheduled.  Any pre-

hearing issues must be raised before that time.  The Court's Individual Rules regarding trial

procedures will apply to the extent not inconsistent with this Order or other rulings.  It is further

**ORDERED** that each side shall be allotted 2.2 hours for evidence and argument,

including up to ten minutes for an opening statement.  A party is using its allotted time during

direct and cross examination, as well as any argument or colloquy.  It is further

**ORDERED** that each witness will be called only once, with Plaintiffs conducting the

direct testimony of Ms. McCormick and Mr. Burns and Defendant conducting the direct

testimony of Mr. Ascher.  Any other witness shall be questioned in the first instance by the party

calling that witness, asking non-leading questions unless and until the witness is uncooperative;

in that case, questioning counsel may seek to have the witness declared a hostile witness of whom

leading questions may be asked.  Redirect testimony of any witness is limited to five minutes.  It

is further

**ORDERED** that no closing argument will be heard.

Dated: April 7, 2026
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE