**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Rag & Bone Holdings, LLC and RB
Topco Sagl,

                Plaintiffs,

        v.

Miramar Brands Group, Inc.,

                Defendant.

Case No. 1:25-cv-09937-LGS

### Defendant's Response to Court Orders re Sealing Motions

In its recent Orders (*see* ECF No. 87 at 4; ECF No. 102 at 3), the Court mandated that "Defendant shall file its response to the Sealing Motions . . . [and] propose narrowly tailored redactions for each of the Documents it seeks to maintain under seal or explain why wholesale redaction is necessary."  The Court explained, in part, that Defendant Miramar Brands Group, Inc. ("MBG") "bears the burden of showing that higher values overcome the presumption of public access," where "higher values" include "the confidentiality of sensitive commercial information."  *See generally id.* (noting the "bargained-for confidentiality" in a protective order "does not overcome the presumption of access to judicial documents") (internal citations omitted).

1

Defendant MBG responds hereby that although the materials at issue include MBG's "sensitive commercial information," MBG does not object to these materials being accessible in the docket because the Court reasonably may not agree that the particular commercial information disclosed in these materials is sensitive enough to overcome the presumption of public access, as noted.

Dated:  April 7, 2026                              Respectfully submitted,

                                                   /s/ Stephen M. Lobbin
                                                   Stephen M. Lobbin (CA-SBN 181195)
                                                   * admitted in SDNY
                                                   sml@smlavvocati.com
                                                   **SML Avvocati P.C.**
                                                   4640 Cass Street #90142
                                                   San Diego, California 92109
                                                   Tel: 949.636.1391

                                                   Attorneys for Defendant

The motions to seal filed on March 23, 2026 (Dkt. Nos. 80 and 83), are **DENIED** because neither party objects to the documents described in those motions being publicly accessible.

The Clerk of Court is respectfully directed to unseal Dkt. Nos. 81 and 84 and all exhibits to those docket entries.  The Clerk of Court is further respectfully directed to close the motions at Dkt. Nos. 80 and 83.

Dated: April 8, 2026
     New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE

2