UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

RAG & BONE HOLDINGS, LLC AND RB
TOPCO SAGL,

                         Plaintiffs,      :          25 Civ. 9937 (LGS)

           -against-             :          ORDER

MIRAMAR BRANDS GROUP, INC.,

                      Defendant.    :

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 1, 2025, Plaintiffs filed an application for a temporary restraining order and a preliminary injunction.

      WHEREAS, on December 2, 2025, a show cause hearing was held regarding the application for a temporary restraining order.

      WHEREAS, on December 3, 2025, the temporary restraining order was granted, to remain in effect until a decision is rendered on Plaintiffs' application for a preliminary injunction.

      WHEREAS, on April 13, 2026, an evidentiary hearing was held regarding the application for a preliminary injunction.  It is hereby

      **ORDERED** that by **May 5, 2026**, Plaintiffs shall file a post-hearing memorandum of law in support of the preliminary injunction.  Defendant shall file a post-hearing opposition by **May 26, 2026**.  Plaintiffs shall file a reply by **June 2, 2026**.  The parties should include relevant citations to the transcript from the evidentiary hearing and refer to the Local Rules and Individual Rules, including those concerning formatting and page-limit requirements.

Dated: April 14, 2026
      New York, New York

                                       LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE