UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rag & Bone Holdings, LLC and RB
Topco Sagl,

               Plaintiffs,

       v.

Miramar Brands Group, Inc.,

               Defendant.

Case No. 1:25-cv-09937-LGS

**Defendant's Response to Court Orders re Sealing Motions**

In its recent Orders (*see* ECF No. 87 at 4; ECF No. 102 at 3), the Court mandated that "Defendant shall file its response to the Sealing Motions . . . [and] propose narrowly tailored redactions for each of the Documents it seeks to maintain under seal or explain why wholesale redaction is necessary." The Court explained, in part, that Defendant Miramar Brands Group, Inc. ("MBG") "bears the burden of showing that higher values overcome the presumption of public access," where "higher values" include "the confidentiality of sensitive commercial information." *See generally id.* (noting the "bargained-for confidentiality" in a protective order "does not overcome the presumption of access to judicial documents") (internal citations omitted).

1

Defendant MBG responds hereby that although the materials at issue include MBG's "sensitive commercial information," MBG does not object to these materials being accessible in the docket because the Court reasonably may not agree that the particular commercial information disclosed in these materials is sensitive enough to overcome the presumption of public access, as noted.

Dated:  April 7, 2026                    Respectfully submitted,

                                         /s/ Stephen M. Lobbin
                                         Stephen M. Lobbin (CA-SBN 181195)
                                         * admitted in SDNY
                                         sml@smlavvocati.com
                                         **SML Avvocati P.C.**
                                         4640 Cass Street #90142
                                         San Diego, California 92109
                                         Tel: 949.636.1391

                                         Attorneys for Defendant

The motion to seal filed on April 6, 2026 (Dkt. No. 97) is **DENIED** because neither party objects to the documents described in that motion being publicly accessible.

The Clerk of Court is respectfully directed to unseal Dkt. No. 98 and all exhibits to it.  The Clerk of Court is further respectfully directed to close the motion at Dkt. No. 97.

Dated: May 4, 2026
        New York, New York

                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**

2