UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RAG & BONE HOLDINGS, LLC AND RB TOPCO SAGL, Plaintiffs, | : | |
| -against- | : | 25 Civ. 9937 (LGS) |
| MIRAMAR BRANDS GROUP, INC., Defendant. | : | **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court held a conference on August 25, 2026, regarding certain discovery issues raised by the Plaintiffs and the remainder of the parties' discovery schedule. It is hereby

**ORDERED**, for the reasons stated on the record, that Defendant has waived the attorney-client privilege and any other privilege or protection, including work-product protection, as to all documents and information Defendant has produced to Plaintiffs, including those extracted from Mr. Ascher's phone.

**ORDERED** that, by **September 4, 2026**, Defendant shall produce to Plaintiffs a privilege log for documents withheld based on a claim of privilege or work-product protection, pursuant to Federal Rule of Civil Procedure 26(b)(5)(A).

**ORDERED** that the parties shall continue to meet and confer regarding what information has already been produced, where requested information can be found within prior productions and what information, if any, still needs to be produced. Any outstanding documents shall be produced by **September 18, 2026**.

**ORDERED** that, by **September 22, 2026**, the parties shall file a joint letter updating the Court on the status of discovery. The letter shall include a proposed schedule for the remainder

of discovery, including for each deposition a date acceptable to the witness and counsel and the name and role or title of each deponent scheduled. All dates will be so ordered, meaning that they cannot be modified without leave of court.

**ORDERED** that, by **September 1, 2026**, Plaintiffs shall file a letter brief regarding its motion to strike Defendant's Counterclaims, including on the basis of timeliness and futility. Defendant shall respond to Plaintiffs' letter brief by **September 4, 2026**. Each side's letter shall be no more than five single-spaced pages.

**ORDERED** that, if the Court denies the motion to strike Defendant's Counterclaims, Plaintiffs shall respond to Defendant's motion for preliminary injunction by **September 15, 2026**. Defendant's reply shall be filed by **September 22, 2026**.

Dated: August 26, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**