UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

RAG & BONE HOLDINGS, LLC AND RB TOPCO SAGL,
Plaintiffs,

-against-

MIRAMAR BRANDS GROUP, INC.,
Defendant.

------------------------------------------------------------ X

25 Civ. 9937 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated August 26, 2026, Plaintiffs were directed to file a letter brief regarding their motion to strike Defendant's Counterclaims, including on the basis of timeliness and futility (Dkt. 146). Plaintiffs filed such letter on September 1, 2026 (Dkt. 149). Defendant filed its response on September 4, 2026 (Dkt. 150).

WHEREAS, the parties are involved in parallel litigation in the United States District Court for the Central District of California (the "California action"). The California action was stayed pending this Court's decision on Defendant's motion to dismiss for lack of personal jurisdiction and improper venue. The California court directed the parties to notify it within seven days of any decision by this Court regarding personal jurisdiction over Defendant.

WHEREAS, Defendant's motion to dismiss was denied on August 12, 2026, and Plaintiffs notified the California court of the decision on August 19, 2026. The California court then directed the parties within seven days to show cause why the California action should not be immediately transferred to this Court. Both parties made filings on August 26, 2026, and opposed the adversary's filing on August 27, 2026.

WHEREAS, the California court has not yet decided whether to transfer the California action to this Court. It is hereby

**ORDERED** that the decision on Plaintiff's motion to strike Defendant's Counterclaims in the instant action is held in abeyance pending the California court's decision regarding whether to transfer the California action.

**ORDERED** that the briefing schedule for Defendant's motion for preliminary injunction in this action is held in abeyance and the current deadlines are adjourned sine die pending the California court's decision regarding whether to transfer the California action.

**ORDERED** that Defendant's request for additional oral argument on Plaintiff's motion for preliminary injunction in this action is denied.

Dated: September 9, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE