**SML Avvocati P.C.**
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

September 16, 2026

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Notice of Transfer Decision
*Rag & Bone Holdings, LLC et al. v. Miramar Brands Group, Inc.*
Case No. 1:25-cv-09937-LGS (S.D.N.Y.)

Dear Judge Schofield:

Defendant Miramar Brands Group, Inc. ("Miramar") provides the following notice of a key development in the related California Action—*i.e., Miramar Brands Group, Inc. v. Rag & Bone Holdings, LLC*, No. 8:26-cv-00011 (C.D. Cal.). Specifically, just yesterday District Judge Mónica Ramírez Almadani ordered the California Action ***transferred*** to this Court. *See* Ex. A (emphasis added). In her ruling, Judge Ramírez Almadani chastised Rag & Bone's counsel for "seek[ing] to evade proper procedure by requesting to dismiss the case in response to the Court's Order to Show Cause why the case should not be transferred." *See id.* ("Accordingly, the Court TRANSFERS this action to the United States District Court for the Southern District of New York.").

As this Court recently noted in response to the parties' letters concerning Miramar's Counterclaims and its Motion for Preliminary Injunction (*see* Dkt. Nos. 145-46 and 149-50), now that the transfer order has been entered, this Court may reset the briefing schedule on Miramar's pending motion, which requires a prompt determination because of the irreparable harm threatening evisceration of Miramar's longstanding, registered trademark rights in and to its MIRAMAR® brand. *See* Dkt. 151 at 2 (ordering motion "held in abeyance" and adjourning briefing deadlines "sine die pending the California court's [transfer order]"). As noted previously, the transfer order also moots Rag & Bone's attempt to "strike" any of Miramar's pleadings, because the Amended Complaint was timely filed in California and as Rag & Bone conceded, "The New York

court properly has jurisdiction over . . . [Miramar's] counterclaims and third party claims." *See* Dkt. 150 at 2.

Therefore, Defendant Miramar respectfully submits and requests that this Court should reach the merits of Miramar's pending Motion for Preliminary Injunction as quickly as possible.

Warm regards,

**SML Avvocati P.C.**

/s/ Stephen M. Lobbin