UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAG & BONE HOLDINGS, LLC AND RB TOPCO SAGL, Plaintiffs, -against- MIRAMAR BRANDS GROUP, INC., Defendant. | 25 Civ. 9937 (LGS)<br>26 Civ. 8178 (LGS)<br>**ORDER** |
| MIRAMAR BRANDS GROUP, INC., Plaintiff, -against- RAG & BONE HOLDINGS, LLC et al., Defendants. | |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Rag & Bone Holdings, LLC and RB Topco Sagl (collectively, "Rag & Bone") filed Case No. 25 Civ. 9937 (the "SDNY action") on November 30, 2025. On February 2, 2026, Miramar Brands Group, Inc. ("MBG") filed a motion to dismiss for lack of personal jurisdiction and improper venue.

WHEREAS, on January 4, 2026, MBG filed a parallel action in the U.S. District Court for the Central District of California (the "California action"). On July 30, 2026, the California court granted, pursuant to the first-to-file rule, Rag & Bone's motion to stay the California action pending this Court's ruling on MBG's motion to dismiss.

WHEREAS, MBG's motion to dismiss was denied on August 12, 2026.

WHEREAS, on August, 25, 2026, MBG filed Counterclaims and a motion for preliminary injunction in the SDNY action. On September 1, 2026, Rag & Bone filed a letter motion regarding its anticipated motion to strike MBG's Counterclaims, which are duplicative of the claims asserted by MBG in its Amended Complaint, filed June 8, 2026, in the California action. A decision on Rag & Bone's motion was held in abeyance pending a decision by the California court regarding whether to transfer the California action.

WHEREAS, the California court transferred the California action to this Court on September 15, 2026.

WHEREAS, pursuant to the Order dated September 17, 2026, the parties filed a joint status letter regarding any plan by the parties to resolve MBG's Counterclaims in light of the transferred action. It is hereby

**ORDERED** that Case Nos. 25 Civ. 9937 and 26 Civ. 8178 are consolidated into one action, which will proceed under Case No. 25 Civ. 9937. Case No. 26 Civ. 8178 shall be administratively closed.

**ORDERED** that the causes of action in Case No. 26 Civ. 8178 are **DISMISSED** as moot as they are duplicative of the Counterclaims in the prior action.

**ORDERED**, in accordance with the parties' joint stipulation (Dkt. 155), Rag & Bone's motion to strike MBG's Counterclaims is **DENIED** as moot.

**ORDERED**, in accordance with the parties' joint stipulation (Dkt. 155), MBG's Counterclaims against Rag & Bone Holdings, LLC are deemed filed in Case No. 25 Civ. 9937 as of January 4, 2026, and MBG's Counterclaims against the remaining parties are deemed filed as of June 8, 2026. Rag & Bone agrees to abandon its timeliness objections to the Counterclaims; other arguments raised by Rag & Bone in its motion to strike are preserved.

**ORDERED** that Rag & Bone shall file its response to MBG's Counterclaims by **October 30, 2026**. An amended case management plan will issue separately.

The Clerk of Court is respectfully directed to close Case No. 26 Civ. 8178.

Dated: September 28, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE