**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Rag & Bone Holdings, LLC and RB Topco Sagl,

Plaintiffs,

v.

Miramar Brands Group, Inc.,

Defendant.

Case No. 1:25-cv-09937-LGS

-----------------------------------------------

Miramar Brands Group, Inc.,

Counterclaimant,

v.

Rag & Bone Holdings, LLC, Guess?, Inc., WHP Global, LLC, Bloomingdale's, LLC, Nordstrom, Inc., Evereve, Inc., Revolve Group, Inc., URBN US Retail, LLC, BOP LLC, Rue Gilt Group, Inc. and Couponology, Inc.,

Counterdefendants.

**Reply Declaration of Stephen Y. Ascher, Jr. in Support of**

**Counterclaimant's Motion for Preliminary Injunction**

I, Stephen Y. Ascher, Jr., declare and state as follows:

1. I am the principal and only employee of Defendant Miramar Brands Group, Inc. ("MIRAMAR"). I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

2. Attached herewith (once filed under seal) as **Exhibit 1** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS_070645-46. Because these pages are marked "Confidential" this document will be lodged with the Court as soon as possible.

3. Attached herewith (once filed under seal) as **Exhibit 2** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS_066423-24. Because these pages are marked "Confidential" this document will be lodged with the Court as soon as possible.

4. Attached herewith (once filed under seal) as **Exhibit 3** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS_115847. Because these pages are marked "Confidential" this document will be lodged with the Court as soon as possible.

5. Attached herewith (once filed under seal) as **Exhibit 4** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS_001082-84. Because these pages are marked "Confidential" this document will be lodged with the Court as soon as possible.

6. Attached herewith (once filed under seal) as **Exhibit 5** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS_006034, which we recently received and which shows brand confusion.

7. Attached herewith as **Exhibit 6** is a true and correct copy of very recent images showing the Moynihan Train Hall store location as a "fully immersive concept store" for "rag & bone/MIRAMAR."

8. Attached herewith as **Exhibit 7** is a true and correct copy of a very recent Rag & Bone ad stating, “MEET MIRAMAR. The original Sweatpant Jeans that we can’t keep in stock.”

9. Attached herewith as **Exhibit 8** is a true and correct copy of my recent Amazon search results for “miramar” displaying a sponsored Rag & Bone advertisement with a “Miramar” category immediately above MIRAMAR-branded volleyballs and apparel.

10. Attached herewith as **Exhibit 9** is a true and correct copy of my very recent receipt from a purchase made at a “brick and mortar” Evereve store, showing brand use of MIRAMAR without any associated use of the “Rag & Bone” name.

11. MIRAMAR is engaged in directly competitive brand-licensing, which is completely proximate in the sense that Rag & Bone’s infringing use of MIRAMAR’s brand precludes MIRAMAR from licensing the brand to a more direct competitor of Rag & Bone.

12. Only in mid-2025 did I know of Rag & Bone’s brand use of MIRAMAR and only following my diligence was I able to present MIRAMAR’s infringement claim and request for an injunction to this Court. For the first half of 2025, I was undergoing a medical crisis, almost died from a serious heart issue, and could not give any attention to this matter even if I had known anything about it. I was able to send “cease and desist” letters in August 2025, then we filed suit and requested a preliminary injunction in early 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this 16th day of October 2026 at Pasadena, California.

Signed by:



D49E76E1C90444F...

CERTIFICATE OF SERVICE

I hereby certify that, on October 16, 2026, a true and correct copy of the above document was provided to all counsel of record through the Court's CM/ECF system.

s/ Stephen M. Lobbin