# EXHIBIT 1
# (for filing under seal)