# EXHIBIT 2
# (for filing under seal)