# EXHIBIT 3
# (for filing under seal)