# EXHIBIT 4
# (for filing under seal)