# EXHIBIT 5

From : Jessica Wenger-EXT [Jessica.Wenger-ext@rag-bone.com]
Sent : 11/25/2025 1:42:52 PM
To : Shannon Ryan [shannonryan@meta.com]; Ellery Harris [ellery@graymatternyc.com]
CC : Ethan Kirkpatrick [Ethan.Kirkpatrick@rag-bone.com]; Brett Shafter [bshafter@meta.com]; Jess Burns [jessica.burns@rag-bone.com]
Subject : Re: Meta | IP Report from Miramar

Hi Shannon! Just wanted to check in if you had any luck on removing the flag on Ellery?

I have a historical link for ellery's profile - not sure if this helps https://www.facebook.com/elleryharris1/

From: Shannon Ryan <shannonryan@meta.com>
Date: Monday, November 24, 2025 at 6:10 PM
To: Ellery Harris <ellery@graymatternyc.com>
Cc: Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>, Brett Shafter <bshafter@meta.com>, Jess Burns <jessica.burns@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Ellery,

Hmm I may have found it by searching around and finding an account that does have a deactivated profile. Does it sound roughly accurate that you created your account Jan 10, 2009?

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Ellery Harris <ellery@graymatternyc.com>
Sent: Monday, November 24, 2025 5:03 PM
To: Shannon Ryan <shannonryan@meta.com>
Cc: Ethan Kirkpatrick <ethan.kirkpatrick@rag-bone.com>; Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>; Brett Shafter <bshafter@meta.com>; Jess Burns

<jessica.burns@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hi Shannon, I'm not sure how to provide a link to my profile since my Facebook account profile isn't coming up from the restriction. Do you know what else I could provide you with? Thanks! On Mon, Nov 24, 2025 at 2: 51 PM Shannon Ryan
Hi Shannon,

I'm not sure how to provide a link to my profile since my Facebook account profile isn't coming up from the restriction. Do you know what else I could provide you with?

Thanks!

On Mon, Nov 24, 2025 at 2:51 PM Shannon Ryan <shannonryan@meta.com> wrote:
Hi Ellery,

That email didn't work for me either. Could you provide a link to your profile for me? This should pull it.

Thanks for submitting your appeal in the meantime. Please let me know any updates from your appeal if anything changes.

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Ellery Harris <ellery@graymatternyc.com>
Sent: Monday, November 24, 2025 1:48 PM
To: Shannon Ryan <shannonryan@meta.com>
Cc: Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>; Brett Shafter <bshafter@meta.com>; Jess Burns <jessica.burns@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hi Shannon, The email address associated with my meta account is elleryharris13@ gmail. com. In the meantime, I've selected the fix issue on the appeal and I'll respond to the email as well. Let me know if there's anything else

you
Hi Shannon,

The email address associated with my meta account is elleryharris13@gmail.com. In the meantime, I've selected the fix issue on the appeal and I'll respond to the email as well.

Let me know if there's anything else you need from me.

Thank you!

On Mon, Nov 24, 2025 at 10:49 AM Shannon Ryan <shannonryan@meta.com> wrote:
Hi Ellery,

Do you have another email address you use to login? I am having trouble locating your account. If you can send a link to your profile, that should work as well.

I'll work on my end to get the suspension lifted. In the meantime, can you please submit an appeal to have your account re-reviewed? You can either respond to the email shared in your screenshot or select "fix issue" in the other screenshot and proceed with submitting an appeal.

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>
Sent: Monday, November 24, 2025 10:30 AM
To: Ellery Harris <ellery@graymatternyc.com>; Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Cc: Shannon Ryan <shannonryan@meta.com>; Brett Shafter <bshafter@meta.com>; Jess Burns <jessica.burns@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Looping in Jess Burns for visibility From: Ellery Harris <ellery@ graymatternyc. com> Sent: Monday, November 24, 2025 9: 41 AM To: Jessica Wenger-EXT <Jessica. Wenger-ext@ rag-bone. com> Cc: Shannon Ryan <shannonryan@ meta. com>; Brett

Looping in Jess Burns for visibility

From: Ellery Harris <ellery@graymatternyc.com>
Sent: Monday, November 24, 2025 9:41 AM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Cc: Shannon Ryan <shannonryan@meta.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jess and Shannon,

Confirming these are the dates we boosted the posts below:

Https://www.instagram.com/p/DRHy_vAEUhP/ - boosted November 16
Https://www.instagram.com/p/DQrjTVwESAL/ - didn't boost
Https://www.instagram.com/p/DN8X4NVEQ_4/ - didn't boost
Https://www.instagram.com/p/DIME9RcOcSM/ - didn't boost
Https://www.instagram.com/reel/DLDMU7FsJ35/ - didn't boost
https://www.instagram.com/reel/DNVxbYju2DV/ - not available

I've also attached the errors I received from Meta regarding my account.

Thanks,
Ellery

On Mon, Nov 24, 2025 at 6:24 AM Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com> wrote:
Hi Shannon,

I'm adding Ellery from my team - we have been in active appeals and this morning MY employee was personally disabled on her ad account despite us being in constant communication with you guys about this issue and with this guy. I need you to tell me what I need to do ASAP to get her access restored. I do not care about the ads becoming viable, but this is absolutely outrageous that my employee - who is not an employee of rag & bone and is simply boosting brand owned content would have her entire ad account restricted.

Ellery - please provide screenshots of the issue.

Please advise ASAP.

From: Shannon Ryan <shannonryan@meta.com>
Date: Monday, November 24, 2025 at 12:57 AM

To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>, Brett Shafter <bshafter@meta.com>, Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jess and team,
I wanted to flag that we received multiple intellectual property report with Miramar content:
Https://www.instagram.com/p/DRHy_vAEUhP/
Https://www.instagram.com/p/DQrjTVwESAL/
Https://www.instagram.com/p/DN8X4NVEQ_4/
Https://www.instagram.com/p/DIME9RcOcSM/
Https://www.instagram.com/reel/DLDMU7FsJ35/
https://www.instagram.com/reel/DNVxbYju2DV/

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Shannon Ryan <shannonryan@meta.com>
Sent: Wednesday, November 12, 2025 4:58 PM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <ethan.kirkpatrick@rag-bone.com>; Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hi Jess,

Unfortunately we are unable to provide a copy of your appeal report. I recommend referencing the link you used to fill out the form for your legal team to review.

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager

Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Sent: Wednesday, November 12, 2025 12:07 PM
To: Shannon Ryan <shannonryan@meta.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Ya we got it that's why we want a copy of what was submitted it's super weird we wouldnt be able to access that documentation Get Outlook for iOS From: Shannon Ryan <shannonryan@ meta. com> Sent: Wednesday, November 12, 2025 1: 01: 31 PM To:
Ya we got it that's why we want a copy of what was submitted it's super weird we wouldnt be able to access that documentation

Get Outlook for iOS

From: Shannon Ryan <shannonryan@meta.com>
Sent: Wednesday, November 12, 2025 1:01:31 PM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jess,

My team confirmed that appeal #861414556824903 was processed by our IP Ops team and responded to you via email on November 7th. Can you check your spam folder for this? Sharing the language below that they sent for your team to have:
"Thanks for contacting us. Based on the information provided in your appeal, we're unable to restore your content. You may want to reach out to the party who reported your post to resolve the issue directly with them. If an agreement is reached to restore the content, please have the reporting party send us a retraction through the appropriate channel. If you have any additional questions, please visit the Intellectual Property section of the Help Center:
https://www.meta.com/help/policies/3234337743488413/?ref=cr "

Lastly, our team wanted to flag that the individual reporter is representing the company Miramar Brands Group Inc. with the trademark "Miramar" in 2010 and it is still live. They recommend seeking guidance from a qualified intellectual property attorney and reach out to the company, instead of the individual.
All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Shannon Ryan <shannonryan@meta.com>
Sent: Tuesday, November 11, 2025 6:25 PM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <ethan.kirkpatrick@rag-bone.com>; Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hi Jess,

I do not have a copy of the submission myself. The auto generated one you forwarded to me might suffice for showcasing your efforts. I've asked our team if there is anything further that they can provide and will let you know as I hear back.

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Sent: Tuesday, November 11, 2025 9:59 AM

To: Shannon Ryan <shannonryan@meta.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Thanks Shannon, we have forwarded this to legal. I asked Brett last week but can you please assist us in getting a copy of the submitted appeal? For some reason this appeal is not housed where we typically find them in our support inbox and Thanks Shannon, we have forwarded this to legal. I asked Brett last week but can you please assist us in getting a copy of the submitted appeal? For some reason this appeal is not housed where we typically find them in our support inbox and we never received a PDF copy of the submission. Now that we have to move forward with the legal dispute internally we need to have a copy of that.

I would think this should be doable and not sure why we would not receive a copy of the appeal.

Thanks!

Jess

From: Shannon Ryan <shannonryan@meta.com>
Date: Monday, November 10, 2025 at 7:16 PM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>, Brett Shafter <bshafter@meta.com>, Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jess,

Thanks for your patience as we have worked to exhaust every avenue we can with our legal department and attempted all options on our end.
Our legal team completely understands how important this is to your business, especially with the holiday season approaching. However, they request that you to reach out to the reporter prior to escalating to our Meta legal team especially with your pending Trademark form and Stephen Ascher currently owning the trademark "MIRAMAR".
If/when you reache out to Stephen Ascher and Stephen Ascher agrees to retract the reports, please share the following forms with him and our team can review the retraction.
Facebook: https://www.facebook.com/help/contact/237593160842825
Instagram: https://help.instagram.com/contact/3373960976225657
If you are unable to resolve this by talking to the reporter, then you may want to seek guidance from a qualified intellectual property attorney. Due to Meta's legal requirements, we cannot resolve disputes between third parties.
You also mentioned you wanted to speak with someone from Meta, and our legal team confirmed that they do not speak externally to our users.
All the best,

Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Sent: Friday, November 7, 2025 9:35 AM
To: Brett Shafter <bshafter@meta.com>; Shannon Ryan <shannonryan@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

They are: 861414556824903 and 2586747381710328 Literally one minute ago I got 903 back saying they are denying reapproval. I gave them all the information needed, we have extensively spoken with our lawyers and it is truly not an infringement
They are: 861414556824903 and 2586747381710328

Literally one minute ago I got 903 back saying they are denying reapproval. I gave them all the information needed, we have extensively spoken with our lawyers and it is truly not an infringement of their trademark and it shouldn't be up to meta to mediate if it is. We need to be able to speak with someone please.

Get Outlook for iOS

From: Brett Shafter <bshafter@meta.com>
Sent: Friday, November 7, 2025 10:29:23 AM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>; Shannon Ryan <shannonryan@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jessica,

We completely empathize with your situation. I was able to track someone down and have them looking at your case right now.

They are asking for a list of the Appeals you've submitted. Could you please share any and all Appeals case ID's you've submitted ASAP?

Thank You,
Brett

signature_1951191085

Brett Shafter
Industry Lead, Retail | Meta Business Group
607 W 3rd Street, Austin, Texas 78701
LinkedIn | Mobile 650-250-6416| Business Support
From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Date: Thursday, November 6, 2025 at 10:50 AM
To: Shannon Ryan <shannonryan@meta.com>, Brett Shafter <bshafter@meta.com>, Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar
This Message Is From an External Sender

Hey Shannon,

It's now been a full week since we filed the appeal and we've heard absolutely nothing back from the team and it's starting to be unacceptable. I spoke with support chat Tuesday and they mentioned appeals are resolved between 72 hours and one week.

If you can't put us in touch with anyone in that department, can you please confirm that this appeal is actively being reviewed? I have been through this process in the past and historically we receive either a decision or a request for more information much sooner.

We have a lot of pressure on this right now and while I appreciate that you guys cannot push things through or advise us, we really need some kind of info on timeline.

Thanks!

Get Outlook for iOS

From: Shannon Ryan <shannonryan@meta.com>
Sent: Tuesday, November 4, 2025 2:32:00 PM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Cara

Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jess,

We do not have an update for you at this time and unfortunately, I cannot put you in contact with our legal department.

We will continue to push internally where we can for further review from our team. Please note that these appeals can take some time as it deals with our legal team.

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Sent: Tuesday, November 4, 2025 9:58 AM
To: Shannon Ryan <shannonryan@meta.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hi guys, kindly following up here…

Get Outlook for iOS

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Sent: Monday, November 3, 2025 11:31:24 AM
To: Shannon Ryan <shannonryan@meta.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hi all, we've still had no response in any way other than the automated appeal

receipt. I know you can't advise etc but can you please flag the urgency of beginning to receive communication on the matter?

Also our counsel has asked if you have a contact at metas legal department for us to reach out to?

Get Outlook for iOS

From: Shannon Ryan <shannonryan@meta.com>
Sent: Friday, October 31, 2025 2:55:37 PM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Emma Lenz <Emma.Lenz@rag-bone.com>
Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jess,

I recommend either submitting an appeal for this additional report or taking down the ad itself.

If you don't take any action, then the ad will likely get removed by our policy team. The more frequently ads get removed without action on your end, the more likely we are at risk for the account getting disabled.

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Sent: Friday, October 31, 2025 1:51 PM
To: Shannon Ryan <shannonryan@meta.com>; Brett Shafter <bshafter@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Emma Lenz <Emma.Lenz@rag-bone.com>

Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

I mean they've reported tons of ads, do you think we need to file another one? It would be an additional case ID - I don't want to slow things down by adding more. I would think the one broad appeal is fine but let me know?

I haven't heard anything from the appeals team outside of the automated message I forwarded to you yesterday.

From: Shannon Ryan <shannonryan@meta.com>
Date: Friday, October 31, 2025 at 2:43 PM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>, Brett Shafter <bshafter@meta.com>, Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Emma Lenz <Emma.Lenz@rag-bone.com>
Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jess,

Wanted to share that another report was made for the following content:
https://www.facebook.com/ragandbonenewyork/posts/pfbid02ehw763kMusqzTTyyaFGX8a5NbXcFyVfCYKQ95vvmgUSeaQndvRTH9W1qM16S3TTfl

As Brett mentioned, we recommend that you continue to work directly through the appeals process as this team is most equipped to handle these IP infringement reports. Please keep me in the loop on your progress with your case and we will continue to escalate internally through leadership as we can.

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>

Sent: Friday, October 31, 2025 1:38 PM
To: Brett Shafter <bshafter@meta.com>; Shannon Ryan <shannonryan@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Emma Lenz <Emma.Lenz@rag-bone.com>
Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hi guys, Any update as we head into the weekend? How long do cases in appeal typically take? Thanks!! From: Brett Shafter <bshafter@ meta. com> Date: Thursday, October 30, 2025 at 2: 43 PM To: Jessica Wenger-EXT <Jessica. Wenger-ext@ rag-bone. com>,
Hi guys,

Any update as we head into the weekend? How long do cases in appeal typically take?

Thanks!!

From: Brett Shafter <bshafter@meta.com>
Date: Thursday, October 30, 2025 at 2:43 PM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>, Shannon Ryan <shannonryan@meta.com>, Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Emma Lenz <Emma.Lenz@rag-bone.com>
Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jessica,

Nice to meet you. My name is Brett and I lead our Retail Account Management team. I wanted to jump in here as I know how much IP issues can be frustrating.

I've shared your case internally however as this pertains to counsel and legality of an IP Infringement report, transparently, our team is limited in our ability to provide direct advice. Our ask would be to continue to work directly through the Appeals process which will ensure your case is seen by the appropriate teams. Although I can understand how frustrating this may feel, we are currently on the right path and have escalated to the extent we are able on our side. If we hear any updates, we will follow up as soon as possible.

Thank You,
Brett

signature_1951191085

Brett Shafter
Industry Lead, Retail | Meta Business Group
607 W 3rd Street, Austin, Texas 78701
LinkedIn | Mobile 650-250-6416| Business Support
From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Date: Thursday, October 30, 2025 at 11:10 AM

To: Shannon Ryan <shannonryan@meta.com>, Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Emma Lenz <Emma.Lenz@rag-bone.com>, Brett Shafter <bshafter@meta.com>
Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar
This Message Is From an External Sender

Ok got it, will do asap.

Get Outlook for iOS

From: Shannon Ryan <shannonryan@meta.com>
Sent: Thursday, October 30, 2025 12:09:06 PM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Emma Lenz <Emma.Lenz@rag-bone.com>; Brett Shafter <bshafter@meta.com>
Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jess,

Yes, our internal team is working on escalating this, but it would be helpful to have your team file as well. This way we have both internal and external cases open for the most visibility.

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Sent: Thursday, October 30, 2025 10:58 AM
To: Shannon Ryan <shannonryan@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Emma Lenz <Emma.Lenz@rag-bone.com>; Brett Shafter <bshafter@meta.com>

Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

I didn't realize we should be filing an appeal on our side but that you'd be bringing this to your manager / internal team to work on the violation.

If we file appeal per ad on our side and those fail we will have to abandon a ton of revved up creatives on our side but I can test with one and see what happens. We have so much budget set to be deployed around Miramar next week with the Oprah partnership so we really appreciate this being a top priority on your guys end!!

Get Outlook for iOS

From: Shannon Ryan <shannonryan@meta.com>
Sent: Thursday, October 30, 2025 11:52:03 AM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Emma Lenz <Emma.Lenz@rag-bone.com>; Brett Shafter <bshafter@meta.com>
Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jess,

Looping in Brett for visibility and leadership support.

I can't move our call around today.

I do not have an update thus far. Please know that it will take some time for us to work with our policy teams on this issue internally.

Have you made any progress on your end? With the bad actor or with the notification you received about the IP violation? Did the notification allow an option for you to provide information about your ownership of the name?

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business

3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Sent: Thursday, October 30, 2025 9:38 AM
To: Shannon Ryan <shannonryan@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Emma Lenz <Emma.Lenz@rag-bone.com>
Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hey Shannon,

Sorry I know I'm at borderline harassment at this point just hoping to get an update here. Also I know we have a call for this afternoon, are you able to move up any earlier?

I'm free 12-2PM EST

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Date: Wednesday, October 29, 2025 at 5:22 PM
To: Shannon Ryan <shannonryan@meta.com>, Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Emma Lenz <Emma.Lenz@rag-bone.com>
Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hey Shannon, any movement on this?

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Date: Wednesday, October 29, 2025 at 2:59 PM
To: Shannon Ryan <shannonryan@meta.com>, Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Emma Lenz <Emma.Lenz@rag-bone.com>
Cc: Cara Placentra <Cara.Placentra@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hi Shannon,

Thanks for all the info was hoping to hop on a call but wanted to get this over ASAP.

First and foremost, I want to confirm that no one from Meta will communicate with Stephen Ascher (the man making the baseless trademark claim) on behalf of Rag & Bone and has not had any communication at this stage. He is claiming he has been in contact with the brand and that is false.

We do have a pending trademark filing for "Rag & Bone / Miramar" which I have attached on this email.

Please see below for direct message from our counsel.

"This takedown request is completely without merit, and we will be defending ourselves accordingly "

Are we able to remove this flag and clear the ads and prevent him from harassing us on this claim moving forward?

Jess

From: Shannon Ryan <shannonryan@meta.com>
Date: Tuesday, October 28, 2025 at 1:25 PM
To: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>, Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Emma Lenz <Emma.Lenz@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Jess,

I am not sure we'll be able to share what copyright they do own. I'll make the ask but this will likely be confidential.

Does Rag have any documentation on ownership of the Miramar name that I can share with the Policy team? Is this a line of ours that we have created or a partnership that we have made with another brand?

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources
1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules

From: Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Sent: Tuesday, October 28, 2025 12:12 PM
To: Shannon Ryan <shannonryan@meta.com>; Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>; Emma Lenz <Emma.Lenz@rag-bone.com>
Subject: Re: Meta | IP Report from Miramar

Hey Shannon, I was just working on an email to you about that. We do not know who

this is or work with them but it looks like they own a brand called Miramar. Are you able to see on your side if they do own a copywrite? From: Shannon Ryan <shannonryan@ meta. com>
Hey Shannon,

I was just working on an email to you about that. We do not know who this is or work with them but it looks like they own a brand called Miramar. Are you able to see on your side if they do own a copywrite?

From: Shannon Ryan <shannonryan@meta.com>
Date: Tuesday, October 28, 2025 at 1:11 PM
To: Ethan Kirkpatrick <Ethan.Kirkpatrick@rag-bone.com>, Emma Lenz <Emma.Lenz@rag-bone.com>, Jessica Wenger-EXT <Jessica.Wenger-ext@rag-bone.com>
Subject: Meta | IP Report from Miramar

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Hi Team,

Our Policy team reached out to me that they received an Intellectual Property Report from Stephen Ascher from Miramar Brands that you are using content that we do not properly own.

Can you confirm if you work directly with this person? Not sure why someone from Miramar would file against us since you have the partnership, but maybe this was an accidental report they made. If you have additional information, such as information about your right to post this content, please provide this so that our team can investigate further.

Regardless, if we do not come back to the Policy team confirming our rights to this content, our team may be legally obligated to remove the following content:
https://www.facebook.com/reel/1219596036297325/
https://www.facebook.com/ragandbonenewyork/videos/1248280106595686
https://www.facebook.com/ragandbonenewyork/videos/777607448173589
https://www.facebook.com/ragandbonenewyork/posts/pfbid02UCec7fAR24HrfwXB5AeLnwcyVnv7dPGbZsTqNiKVhsQrhcd7sVYxQYXRpHonus8Hl
https://www.facebook.com/ragandbonenewyork/videos/2528623847530557
https://www.facebook.com/ragandbonenewyork/posts/pfbid02eJEVGoZ6tu5yf4YyVHaCUeA9zvGpW3WLjmnVCEqABEZEGZyCwavULNNE7hRtE1Mwl
Https://www.facebook.com/ragandbonenewyork/posts/pfbid02dnxvgVHW6Aa9F6S2yEh5YVS93oCpuVh9V4ng2ZMzR8Gjgbi3EjypCzF83rGQLQhtl

All the best,
Shannon Ryan

Shannon Ryan | Retail Account Manager
Meta | Mobile 650-788-0770

Helpful Tools & Resources

1. Chat Support
2. Meta Business
3. Instagram Business
4. Meta IQ
5. Meta Blueprint eLearning Modules