# EXHIBIT 6

MOYNIHAN TRAIN HALL

Close Menu

ART & HISTORY

HOME PLAN YOUR VISIT TRANSPORTATION DISCOVER ABOUT

SHOP

DINE

OPEN NOW

MAP





rag & bone

NEW YORK

OPEN NOW

Hours

Sunday: 10:00 am - 6:00 pm

Monday: 9:00 am - 7:00 pm

Tuesday: 9:00 am - 7:00 pm

Wednesday: 9:00 am - 7:00 pm

Thursday: 9:00 am - 7:00 pm

Friday: 9:00 am - 7:00 pm

Saturday: 9:00 am - 7:00 pm

View on Map Website

Engineered for Travel. Made to Keep Up.

Introducing our first-ever Miramar pop-up. Right in the middle of the city, built for people going places.

This fully immersive concept store is designed to showcase Miramar as its best experienced – in person. Feel the fabric, test the fit, and discover the most coveted Miramar styles. The curated edit of pieces includes a few exclusive pieces you won't find anywhere else, plus an edit of curated rag and bone staples. Whether you're passing through or making a trip out of it, this is worth the stop.

# MOYNIHAN TRAIN HALL




**Moynihan Train Hall**
**421 8th Avenue**
**New York, NY 10199**

Moynihan Train Hall is open to the public daily from 5:00AM to 1:00AM.

**Note:** overnight (1:00AM to 5:00AM) Amtrak and LIRR services only available at Penn Station across 8th Avenue.

**PLAN YOUR VISIT**

Getting Here

Accessibility

Free WiFi

**TRANSPORTATION**

Amtrak

Long Island Rail Road

Local Connections

**DISCOVER**

History

Art

Architecture

Explore, Shop & Dine

**ABOUT**

Revitalizing The Neighborhood

Sustainability and LEED

Code Of Conduct

FAQ

Contact

**Copyright © 2026 Moynihan Train Hall, images by Nicholas Knight courtesy of Empire State Development**

Privacy Policy Terms Of Use

MOYNIHAN TRAIN HALL

HOME PLAN YOUR VISIT TRANSPORTATION DISCOVER ABOUT

ALL ART & HISTORY SHOP DINE OPEN NOW MAP



rag & bone
NEW YORK

OPEN NOW

Hours
Sunday: 10:00 am - 6:00 pm
Monday: 9:00 am - 7:00 pm
Tuesday: 9:00 am - 7:00 pm
Wednesday: 9:00 am - 7:00 pm
Thursday: 9:00 am - 7:00 pm
Friday: 9:00 am - 7:00 pm
Saturday: 9:00 am - 7:00 pm

View on Map Website

Engineered for Travel. Made to Keep Up.

Introducing our first-ever Miramar pop-up. Right in the middle of the city, built for people going places.

This fully immersive concept store is designed to showcase Miramar as its best experienced – in person. Feel the fabric, test the fit, and discover the most coveted Miramar styles. The curated edit of pieces includes a few exclusive pieces you won't find anywhere else, plus an edit of curated rag and bone staples. Whether you're passing through or making a trip out of it, this is worth the stop.

MOYNIHAN TRAIN HALL




**Moynihan Train Hall**
**421 8th Avenue**
**New York, NY 10199**

Moynihan Train Hall is open to the public daily from 5:00AM to 1:00AM.

**Note:** overnight (1:00AM to 5:00AM) Amtrak and LIRR services only available at Penn Station across 8th Avenue.

**PLAN YOUR VISIT**
Getting Here
Accessibility
Free WiFi

**TRANSPORTATION**
Amtrak
Long Island Rail Road
Local Connections

**DISCOVER**
History
Art
Architecture
Explore, Shop & Dine

**ABOUT**
Revitalizing The Neighborhood
Sustainability and LEED
Code Of Conduct
FAQ
Contact

Copyright © 2026 Moynihan Train Hall, images by Nicholas Knight courtesy of Empire State Development

Privacy Policy Terms Of Use

# MOYNIHAN TRAIN HALL





## rag & bone
NEW YORK

OPEN NOW

**Hours**

Sunday: 10:00 am - 6:00 pm
Monday: 9:00 am - 7:00 pm
Tuesday: 9:00 am - 7:00 pm
Wednesday: 9:00 am - 7:00 pm
Thursday: 9:00 am - 7:00 pm
Friday: 9:00 am - 7:00 pm
Saturday: 9:00 am - 7:00 pm

View on Map Website

Engineered for Travel. Made to Keep Up.

Introducing our first-ever Miramar pop-up. Right in the middle of the city, built for people going places.

This fully immersive concept store is designed to showcase Miramar as its best experienced – in person. Feel the fabric, test the fit, and discover the most coveted Miramar styles. The curated edit of pieces includes a few exclusive pieces you won't find anywhere else, plus an edit of curated rag and bone staples. Whether you're passing through or making a trip out of it, this is worth the stop.

MOYNIHAN TRAIN HALL




**Moynihan Train Hall**
**421 8th Avenue**
**New York, NY 10199**

Moynihan Train Hall is open to the public daily from 5:00AM to 1:00AM.

**Note:** overnight (1:00AM to 5:00AM) Amtrak and LIRR services only available at Penn Station across 8th Avenue.

## PLAN YOUR VISIT

Getting Here

Accessibility

Free WiFi

## TRANSPORTATION

Amtrak

Long Island Rail Road

Local Connections

## DISCOVER

History

Art

Architecture

Explore, Shop & Dine

## ABOUT

Revitalizing The Neighborhood

Sustainability and LEED

Code Of Conduct

**Copyright © Moynihan Train Hall, images by Nicholas Knight courtesy of Empire State Development**