# EXHIBIT 7

5:01 40

**rag & bone**
Ad

MEET MIRAMAR. The original Sweatpant Jeans that we can't keep in stock.

Shop now



Rb Miramar Sport Stripe Track Pant
Shop now

Rb

Like Comment Share

18

**rag & bone**
Rb Miramar Sport Stripe Track Pant



rag-bone.eu
**Shop now**

Comment as Wendy Mills Ascher