# EXHIBIT 8

6:09

amazon.com

miramar

Deliver to 92648 - Update

Join Prime

Most Purchased | ★★★★ & Up | All Discou

prime | Discover | Brands | Color | Amazon Fash

rag & bone
NEW YORK

Shop the rag & bone store on Amazon



Men's



Women's



Miramar

Shop the rag & bone Store on Amazon ›

Sponsored

Check each product page for other buying options. Price and other details may vary based on product size and color.




