# EXHIBIT 9

Gmail

**Fwd: Return receipt from EVEREVE**

-------------------
From: **EVEREVE** <support@evereve.com>
Date: Sun, Oct 11, 2026 at 12:49 PM
Subject: Return receipt from EVEREVE
To: <stephen.ascher@miramarbrands.com>

EVEREVE

ORDER #5212786

# Items returned

Visit our store

## Items returned



**Miramar Terry Andi Ankle × 1**
Kimbr / 24
Returned

**-$268.00**

| | |
|---|---|
| Subtotal | **-$268.00 USD** |
| Taxes | **-$20.77 USD** |
| Return items total | **-$288.77 USD** |