**SML Avvocati P.C.**
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

October 18, 2026

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Defendant's Request for Oral Argument
*Rag & Bone Holdings, LLC et al. v. Miramar Brands Group, Inc.*
Case No. 1:25-cv-09937-LGS (S.D.N.Y.)

Dear Judge Schofield:

Pursuant to Paragraph B.6 of this Court's Individual Rules and Procedures for Civil Cases, Defendant and Counterclaimant Miramar Brands Group, Inc. ("MIRAMAR") requests hereby that the Court consider scheduling a date for oral argument on the parties' pending, countervailing preliminary injunction motions. *See* Dkt. Nos. 122, 145. MIRAMAR recognizes that, as stated in its Chambers Rules, "The Court ordinarily does not hear oral argument." Nevertheless, the pending cross motions for preliminary injunction include legal and factual detail and complexity, including disputes of fact as well as law. In resolving and ruling on these important yet complicated issues, both in number and in substance, the Court may benefit from oral argument, including (potentially) important testimony from key witnesses about the factual disputes on material issues.

Warm regards,

**SML Avvocati P.C.**

/s/ Stephen M. Lobbin