# EXHIBIT 5

| | |
|---|---|
| **From:** | Stephen Ascher Jr <stephen.ascher@miramarbrands.com> |
| **Sent:** | Mon 8/10/2026 9:19:45 AM (UTC-04:00) |
| **To:** | Stephen Lobbin <sml@smlavvocati.com> |
| **Subject:** | Re: Rag & Bone Holdings, et al v. Miramar Brands Group, Inc., No. 1:25-cv-09937 |

I just won't open it and haven't.

Thanks for letting me know.

—

Stephen Y. Ascher, Jr
Chairman & Chief Executive Officer
Los Angeles | New York | Paris | Amsterdam

Miramar Brands Group, Inc.
530 South Lake Avenue
Pasadena, CA 91101
(626) 437-4661
stephen.ascher@miramarbrands.com
www.miramarbrands.com



CONFIDENTIALITY NOTICE
The information contained in this e-mail message is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby noticed that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this message in error, please delete immediately.


On Sun, Aug 9, 2026 at 9:15 PM Stephen Lobbin <sml@smlavvocati.com> wrote:

> Steve looks they marked every page as AEO, which is BS. But please do NOT send any of their documents to anyone else. You can review and see if there is anything great in there, but do not let anyone else review. You will have to DENY seeing this stuff later if asked...SML
>
> On Fri, Aug 7, 2026 at 10:06 AM Stephen Lobbin <sml@smlavvocati.com> wrote:
>
>> Like I said, please focus on getting Ciani satisfied and not running to court over our documents. Is Mylan confirmed as available 1pm or 2pm today? SML
>>
>> On Fri, Aug 7, 2026 at 10:03 AM Stephen Ascher Jr <stephen.ascher@miramarbrands.com> wrote:
>>
>>> Okay, thanks…

—
Stephen Y. Ascher, Jr
Chairman & Chief Executive Officer
Los Angeles | New York | Paris | Amsterdam

Miramar Brands Group, Inc.
530 South Lake Avenue
Pasadena, CA 91101
(626) 437-4661
stephen.ascher@miramarbrands.com
www.miramarbrands.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby noticed that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this message in error, please delete immediately.

On Fri, Aug 7, 2026 at 10:02 AM Stephen Lobbin <sml@smlavvocati.com> wrote:

Here you go, it's 15 GB of data, they gave us a ton. DO NOT REVIEW anything marked "Confidential" or "Attorney's Eyes Only"...SML
--
Warm regards,
Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---------- Forwarded message ---------
From: **David Cheong** <djc@smlavvocati.com>
Date: Wed, Aug 5, 2026 at 1:38 AM
Subject: Re: Rag & Bone Holdings, et al v. Miramar Brands Group, Inc., No. 1:25-cv-09937
To: Stephen Lobbin <sml@smlavvocati.com>
Cc: Josh Osborn <jno@smlavvocati.com>

I downloaded and extracted the Rag and Bone production, and re-zipped it into a single Windows-friendly zip file without a password.

RAG_AND_BONE_PLAINTIFFS004_Plaintiffs_Supplemental_Production_2026-07-31.zip

Sincerely,
David

---------- Forwarded message ---------
From: **Vazquez, Christopher T.** <christopher.vazquez@katten.com>

Stephen:

Attached please find correspondence providing instruction to access Plaintiffs' supplemental document production. The download link provided in the letter is also provided below for convenience:

https://thinkbrg.sharefile.com/d-s8bd5cea282f0435a929c721f7140b859

A password and instructions will follow under separate cover.

Regards,

**Christopher T. Vazquez**
Associate

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6608
christopher.vazquez@katten.com | katten.com
Bio | vCard

===========================================================

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
===========================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================

--
Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--
Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not

read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

Katten

525 W. Monroe Street
Chicago, IL 60661-3693
+1.312.902.5200 tel
katten.com

KRISTIN J. ACHTERHOF
kristin.achterhof@katten.com
+1.312.902.5296 direct

September 2, 2026

VIA Email

Stephen M. Lobbin, Esq.
SML Avvocati P.C.
4640 Cass Street #90142
San Diego, CA 92109
sml@smlavvocati.com

**Re: *Rag & Bone Holdings, LLC, et al. v. Miramar Brands Group, Inc.*, Case No. 1:25-cv-09937 (the "SDNY Action")**

Dear Stephen,

We write on behalf of Rag & Bone Holdings, LLC and RB Topco Sagl (together, "Plaintiffs") to object to the fact that you have clearly, deliberately, and apparently without any concern whatsoever for your legal or ethical obligations, violated the Protective Order entered in this matter (Dkt No. 73) and to demand immediate remedial steps.

Specifically, it has come to our attention that on August 7, 2026, you provided your client by email a link to access Plaintiffs' entire document production, which—as you expressly recognized—contained documents designated both "Confidential" and "Attorney's Eyes Only." Subsequently, on August 9, you advised Mr. Ascher that he could "review and see if there is anything great in there," but would "have to DENY seeing this stuff later if asked." Aside from the fact that you ***expressly authorized*** Mr. Ascher to review Attorney's Eyes Only documents in violation of the Protective Order, merely ***providing the link*** to allow him to access those documents violated the Protective Order.

Plaintiffs reserve the right to seek appropriate relief from the Court in due course for this and other conduct evident in the production once we complete our review. However, this will constitute formal notice that ***within the next 24 hours***, you must provide us with:

- **A sworn declaration** from **you** identifying every person other than persons not employed by your law firm with whom you shared Plaintiffs' production; and

- **Sworn declarations** from **Mr. Ascher and any other person** not employed by your law firm with whom you shared Plaintiffs' production that explain (1) whether and to what extent they reviewed and/or shared Plaintiffs' production, and whether and to what extent they accessed and/or downloaded the contents of Plaintiff's production, including its documents designated Attorney's Eyes Only; and (2) a description of **what steps** each such recipient of the link has taken to ensure that all copies of the documents accessible via the

link have been erased or destroyed, including all documents designated as Attorneys' Eyes Only.

Furthermore, we demand that you cease and desist from any further actions in violation of the Protective Order in this case, including, but not limited to, the dissemination of Plaintiff's documents designated as Attorneys' Eyes Only. As we previously noted in our production cover letter accompanying the document production, this includes ensuring that Mr. Ascher and others cannot and will not use open AI models (like ChatGPT, Claude or Gemini) to review or otherwise utilize any documents designated "Confidential" and "Attorney's Eyes Only."

This letter is sent without waiver of any claims, rights, or defenses that Plaintiffs may have regarding the subject matter hereof, each of which is expressly reserved.

Sincerely,

/s/ *Kristin J. Achterhof*
Kristin J. Achterhof

**SML Avvocati P.C.**
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

September 3, 2026

**VIA E-MAIL ONLY <kristin.achterhof@katten.com>**

Kristin J. Achterhof
**KATTEN**
525 W. Monroe Street
Chicago, IL 60661-3693

Re: Protective Order Issues
*Rag & Bone Holdings, LLC et al. v. Miramar Brands Group, Inc.*
Case No. 1:25-cv-09937-LGS (S.D.N.Y.)

Dear Kristin:

This letter responds to yours dated September 2, 2026.

You are incorrect that anyone on our side has violated the Protective Order. Although your letter cites no specific provision, we presume you had in mind Paragraphs 4-5. You also fail to cite the key portion of the attorney-client communications wherein Mr. Ascher is specifically instructed: "DO NOT REVIEW anything marked 'Confidential' or 'Attorney's Eyes Only.'" You also fail to cite the key portions wherein the frustration is expressed about your "mark[ing] every page as AEO, which is BS," and wherein Mr. Ascher confirms he never accessed any of your document production. In fact, Mr. Ascher was never sent any functional link to any of your document production. Therefore, he could not (and did not) receive any confidential materials, and there is no basis for your meritless assertion of a violation of the Protective Order, at least by our side.

Your firm and Rag & Bone, however, have plainly violated Paragraphs 2-3 of the Protective Order, each of which requires that any document page marked Confidential and/or AEO "must first be reviewed ***by that party's counsel*** and the designation . . . ***must be based on a good faith belief*** that the information is . . . entitled to such protection." ECF No. 73 at 2 (emphasis added). Rag & Bone has

produced 116,790 pages of document production, and ***ALL 116K+ PAGES are marked either "Confidential" or "AEO"*** (111,454 marked Confidential and 5,336 marked AEO). On its face, your firm's designations plainly constitute a gross abuse of the Protective Order. Attached herewith as **Exhibit A** are just a few examples of designations that could not have been "based on a good faith belief" that these document pages were entitled to any confidentiality protection whatsoever. As you know and as surely was your intent, such gross abuse of the Protective Order prevents our client from being able to review discovery information and prepare its case. Therefore, please immediately de-designate all non-confidential document pages within the 116K+ pages of document production.

Miramar reserves the right to seek appropriate relief from the Court in due course for this and other misconduct. Furthermore, we demand that you cease and desist from any further actions in violation of the Protective Order in this case, including, but not limited to, improperly designating documents as Confidential or AEO without a proper "review[] by . . . counsel" and "a good faith belief that the information is . . . entitled to such protection." This letter is sent without waiver of any claims, rights, or defenses that Miramar may have regarding the subject matter hereof, each of which is expressly reserved.

Please contact our office with any questions or concerns.

Warm regards,

**SML Avvocati P.C.**

/s/ Stephen M. Lobbin

| | |
|---|---|
| **From:** | Ciani, Mark T. |
| **To:** | Stephen Lobbin; Achterhof, Kristin J. |
| **Cc:** | Gray, Timothy H.; Vazquez, Christopher T. |
| **Subject:** | RE: Letter to Stephen Lobbin dated September 4, 2026 _ Response to Your Letter regarding MBG"s Violation of the Protective Order |
| **Date:** | Friday, September 11, 2026 5:12:30 PM |
| **Attachments:** | 2026.09.11 Letter to S. Lobbin.pdf<br>Excel Attachment to 09.11.2026 Letter to Lobbin.xlsx |

---

Stephen,

Please see the attached response to your email below.

Best,

**Mark T. Ciani**
Partner
**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6509
mark.ciani@katten.com | katten.com
Bio | vCard

---

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Monday, September 7, 2026 2:06 AM
**To:** Achterhof, Kristin J. <kristin.achterhof@katten.com>
**Cc:** Ciani, Mark T. <mark.ciani@katten.com>; Gray, Timothy H. <timothy.gray@katten.com>; Vazquez, Christopher T. <christopher.vazquez@katten.com>; Stephen Lobbin <sml@smlavvocati.com>
**Subject:** Re: Letter to Stephen Lobbin dated September 4, 2026 _ Response to Your Letter regarding MBG's Violation of the Protective Order

*EXTERNAL EMAIL – EXERCISE CAUTION*

Counsel--Thank you for confirming your mis-designation as AEO the following document pages: PLAINTIFFS_009063, -009065, -009504, -107833, -109961-64, -109971 and -109976. This is quite a few pages, more

than an oversignt.  Undoubtedly, there are many more such mis-designations, despite your assurances that you reviewed "every document."  Moreover, despite your denials of intent, such assurances (even if true) are telling and only demonstrate further that your mis-designations were intentional in thwarting our client's access to your document production.  Obviously, you understand that mis-designating documents as AEO instead of Confidential hampers tremendously Miramar's preparation of its case.  Please confirm that by September 11 you will de-designate all other AEO (and Confidential) documents not meriting such protection.

Concerning your unwillingness to accept our explanation of other issue raised, we find your position quite unprofessional.  Indeed you can "take on faith" my word, and you'll have another chance to ask questions of Mr. Ascher under oath.  Mr. Ascher never had access to the link because our firm never granted him access.  Nevertheless, we will look into whether we can provide a Google Drive "activity log" demonstrating the non-access.
--
Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391

E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

On Fri, Sep 4, 2026 at 3:39 PM Achterhof, Kristin J. <kristin.achterhof@katten.com> wrote:

> Steve,
>
> Please see the attached letter.
>
> Wishing you a great Labor Day weekend.
>
> Best regards,
>
> Kristin

**Kristin J. Achterhof**
Partner
Co-Chair, Advertising and Brand Litigation

**Katten**
Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5296
kristin.achterhof@katten.com | **Error! Filename not specified.**katten.com
**Error! Filename not specified.**Bio | **Error! Filename not specified.**vCard

===========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.

===============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
===============================================================

Katten

525 W. Monroe Street
Chicago, IL 60661-3693
+1.312.902.5200 tel
katten.com

September 11, 2026

KRISTIN J. ACHTERHOF
kristin.achterhof@katten.com
+1.312.902.5296 direct

VIA Email

Stephen M. Lobbin, Esq.
SML Avvocati P.C.
4640 Cass Street #90142
San Diego, CA 92109
sml@smlavvocati.com

**Re:** *Rag & Bone Holdings, LLC, et al. v. Miramar Brands Group, Inc.*, **Case No. 1:25-cv-09937**

Dear Stephen,

We write on behalf of Rag & Bone Holdings, LLC and RB Topco Sagl (together, "Plaintiffs") in response to your email of September 7, 2026, which replied to our letter notifying you of a violation of the Protective Order.

Your continued denial of your plain violation of the Protective Order (and instruction to your client to aid in a cover-up of such violation) without any evidence to support your denial is noted. We reserve our right to raise this issue with the Court.

As for your request that we review our entire document production to identify candidates for "Attorney's Eyes Only" de-designation, the Protective Order in this case requires you to identify the documents that you contend require such de-designation. (ECF No. 73 ¶ 11 ("If any party believes that any document, information or data which is designated CONFIDENTIAL or ATTORNEY'S EYES ONLY does not contain protected material, it may contest the applicability of this Stipulated Protective Order *to such information, document or data*.").) You do not contend that all of the documents that Plaintiffs designated "Attorney's Eyes Only" require de-designation, nor could you. Plaintiffs' document production includes recent documents disclosing confidential future strategic, product, financial, and marketing plans that require heightened protection, particularly from your client who has proven itself hellbent on disrupting Plaintiffs' business. Accordingly, to the extent that you would like us to consider de-designating specific documents, we will consider specific requests on a document-by-document basis.

In your September 3, 2026 letter, however, you did identify certain documents that, upon further review, were mis-designated "Attorney's Eyes Only." We immediately corrected them. We learned that these mis-designations resulted from a post-document-review inadvertent administrative error, where certain attachments to otherwise "Confidential" documents were designated "Attorney's Eyes Only." Upon learning of the nature of this error, in an abundance of caution, we undertook this week a review of all attachments designated "Attorney's Eyes Only" that were members of document families otherwise designated "Confidential." Through this

review, we identified additional documents that we are hereby de-designating "Attorney's Eyes Only" and *re-designating* as "Confidential" to correspond with the designation of the document families to which they belong. The Bates numbers of those documents are listed in the attached Excel spreadsheet.

To be clear, our review and re-designation of these documents goes above and beyond what the Protective Order in this case requires. Moreover, our prompt de-designation of these documents (representing less than 1% of Plaintiffs' document production) eliminates any prejudice to your client. And in any event, the vast majority of these de-designated documents are non-substantive images such that they would not assist your client in preparing its case.

Sincerely,

/s/ *Kristin J. Achterhof*
Kristin J. Achterhof

| | |
|---|---|
| **From:** | Stephen Lobbin <sml@smlavvocati.com> |
| **Sent:** | Mon 8/24/2026 6:00:14 PM (UTC-04:00) |
| **To:** | Stephen Ascher Jr <stephen.ascher@miramarbrands.com> |
| **Cc:** | Wendy Ascher <wendy@miramarbrands.com>, Sinjin Smith <SINJINVB@aol.com>, Stephen Lobbin <sml@smlavvocati.com> |
| **Subject:** | Re: Miramar - Thanks for the Call |

No deals without me on the call! Set up a call let's talk to her...if you speak with her first, just see if there is any willingness to put pressure on RB to settle with us and pay for a license for all goods sold and to be sold...SML

--

Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

On Mon, Aug 24, 2026 at 12:03 PM Stephen Ascher Jr <stephen.ascher@miramarbrands.com> wrote:

> FYI from Erik Nordstrom…should I cut a deal with him that no MIRAMAR be used for clothing Search at Nordstrom?
>
> —
>
> Stephen Y. Ascher, Jr
> Chairman & Chief Executive Officer
> Los Angeles | New York | Paris | Amsterdam
>
> Miramar Brands Group, Inc.
> 530 South Lake Avenue
> Pasadena, CA 91101
> (626) 437-4661
> stephen.ascher@miramarbrands.com
> www.miramarbrands.com
>
> CONFIDENTIALITY NOTICE
> The information contained in this e-mail message is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby noticed that any disclosure, copying, distribution or the taking of any action in reliance on the contents of

this information is strictly prohibited. If you have received this message in error, please delete immediately.

---------- Forwarded message ---------
From: **Nordstrom, Erik** <erik.nordstrom@nordstrom.com>
Date: Mon, Aug 24, 2026 at 11:29 AM
Subject: Re: Miramar - Thanks for the Call
To: Stephen Ascher Jr <stephen.ascher@miramarbrands.com>
CC: Anders, Deniz <deniz.anders@nordstrom.com>

Hi Steve,

Thanks for reaching out. I’m not the best contact for you for these subjects. I suggest you connect with our CMO Deniz Anders. I have cc’d her on this so feel free to reach out to her directly.

Erik

---

**From:** Stephen Ascher Jr <stephen.ascher@miramarbrands.com>
**Date:** Monday, August 24, 2026 at 8:01 AM
**To:** Nordstrom, Erik <erik.nordstrom@nordstrom.com>
**Subject:** Re: Miramar - Thanks for the Call

**Caution:** EXTERNAL EMAIL ALERT. This sender is not from your organization. If you do not recognize the sender, DO NOT CLICK on links or attachments.

Hi Erik-

I hope this email finds you well. I'm checking in to say thank you for the ELLE business we are enjoying together at Nordstrom.

I'd like to come up and visit with you personally. For the last 25 years, MIRAMAR has been the global brand manager for the ELLE and ELLE DECOR brands, expanding from our original SIDEOUT athleisure and beach lifestyle roots with your family since 1983. The group has asked me to present a powerful expansion opportunity that I believe would greatly benefit both parties.

The concept involves supporting you and expanding our relationship theough our retail media networks, supported by the power of Vivendi, Hearst, and Lagardère, the brand owners. The group's combined annual sales exceed $32 billion. Needless to say, we're extremely supportive of this fashion brand worldwide (see ELLE spread below mentioning Nordstrom) and proud to expand with Nordstrom.


ELLE
COLLECTIONS
INTRODUCING FALL
AT ELLECOLLECTIONS.COM
BLOOMINGDALES.COM
AND NORDSTROM.COM
@ellecollections_us
@ellecollections_us




Please let me know your schedule these coming weeks.  I'll follow up with you personally by phone to arrange a meeting at your convenience.

Thanks again for the continued support of you and your family over the past 40 years.

Kind regards, Steve

On Tue, Nov 25, 2025 at 8:09 PM Nordstrom, Erik <erik.nordstrom@nordstrom.com> wrote:

> Thanks Steve.  Happy Thanksgiving.
>
> Erik

---

**From:** Stephen Ascher Jr <stephen.ascher@miramarbrands.com>
**Sent:** Tuesday, November 25, 2025 10:02:39 PM
**To:** Nordstrom, Erik <erik.nordstrom@nordstrom.com>
**Subject:** Miramar - Thanks for the Call

**Caution:** EXTERNAL EMAIL ALERT. This sender is not from your organization. If you do not recognize the sender, DO NOT CLICK on links or attachments.

Erik-

Thanks again for calling me back. I appreciated our conversation and have always admired Nordstrom.

We did send out a Term Sheet to Rag & Bone a week ago in an effort to work things out.

We are awaiting a positive response next week.

I will keep you posted.

Thanks again for 45 great years and fond memories with Nordstrom. Happy Thanksgiving to you and your family.

Steve

—

Stephen Y. Ascher, Jr
Chairman & Chief Executive Officer
Los Angeles | New York | Paris | Amsterdam

Miramar Brands Group, Inc.
530 South Lake Avenue
Pasadena, CA 91101
📱 (626) 437-4661
📧 stephen.ascher@miramarbrands.com
🌐 www.miramarbrands.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby noticed that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this message in error, please delete immediately.

--

**Stephen Yount Ascher, Jr**
*Group Chairman & Chief Executive Officer*

**Los Angeles | New York | Paris | Newport Beach | The Netherlands | Santiago | Milan**

**Miramar Brands Group, Inc.**
530 South Lake Avenue
Pasadena, CA  91101
(626) 437-4661
stephen.ascher@miramarbrands.com
www.miramarbrands.com

**CONFIDENTIALITY NOTICE**
The information contained in this e-mail message is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby noticed that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the original message.