**SML Avvocati P.C.**
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

October 19, 2026

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Request to File Exhibits Under Seal (Dkt. Nos. 161-2 to -5)
*Rag & Bone Holdings, LLC et al. v. Miramar Brands Group, Inc.*
Case No. 1:25-cv-09937-LGS (S.D.N.Y.)

Dear Judge Schofield:

Pursuant to the Protective Order (*see* Dkt. No. 73) and Rule I.D.3 of the Court's Individual Rules and Procedures for Civil Cases, Defendant and Counterclaimant Miramar Brands Group, Inc. ("MIRAMAR") requests hereby the Court's approval to file under seal Exhibits 1-4 with MIRAMAR's Reply Brief related to its Motion for Preliminary Injunction. *See* Dkt. Nos. 161-2, 161-3, 161-4 and 161-5. These four documents, each under 3 pages, were designated "Confidential" by Plaintiffs in their document production. The Protective Order requires MIRAMAR to "file such information under seal." MIRAMAR proposes that the documents filed under seal be visible only to the Court and the parties.

Warm regards,

**SML Avvocati P.C.**

/s/ Stephen M. Lobbin