Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

MARK T. CIANI
mark.ciani@katten.com
+1.212.940.6509 direct

October 19, 2026

VIA ECF

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED** for substantially the reasons stated in this letter.

The Clerk of Court is respectfully directed to close the motion at Dkt. 163.

Dated: October 20, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re: *Rag & Bone Holdings, LLC, et al. v. Miramar Brands Group, Inc.*, No. 1:25-cv-09937**
**Request for Leave to File Under Seal and File Redacted Public Document**

Dear Judge Schofield:

Pursuant to Your Honor's Individual Rules and Procedures for Civil Cases Rule I.D.3, we write on behalf of plaintiffs Rag & Bone Holdings, LLC and RB Topco Sagl ("Plaintiffs") to seek leave to file in redacted form the public version of their Supplemental Letter Re: Pre-Motion Request for Sanctions, dated October 19, 2026 (the "Supplemental Letter"). Plaintiffs also ask for leave to maintain the unredacted version, and the exhibit cited in the redacted portion (Exhibit 6), under seal.

The proposed redactions are narrow and cover only a single section of the Supplemental Letter, one related footnote, and the exhibit (Exhibit 6) cited in that section. The rest of the Supplemental Letter would remain public. The proposed redactions are highlighted in the copy proposed to be filed under seal, attached hereto, and a proposed redacted copy of the Supplemental Letter will be filed on the public docket.

In evaluating the propriety of a sealing request, courts weigh, among other things, the privacy interests of third parties. *See, e.g.*, *Lytle v. JPMorgan Chase*, 810 F. Supp. 2d 616, 622 (S.D.N.Y. 2011). Those interests apply here. The redacted material is sensitive in nature and implicates the privacy interests and conduct of third parties who are not parties to this action.

Plaintiffs have tailored the redactions to protect only these interests, and the public will retain access to the substance of Plaintiffs' sanctions request.

For these reasons, Plaintiffs respectfully ask the Court to allow them to (i) publicly file the Supplemental Letter with the proposed redactions and (ii) maintain the unredacted Supplemental Letter and the related exhibit under seal. Plaintiffs propose that the documents filed under seal be visible only to the Court and the parties.

Respectfully submitted,

*/s/ Mark T. Ciani*
Mark T. Ciani

Cc: Counsel of Record