UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAG & BONE HOLDINGS, LLC AND RB TOPCO SAGL,
Plaintiffs,

-against-

MIRAMAR BRANDS GROUP, INC.,
Defendant.

25 Civ. 9937 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 19, 2026, Plaintiffs Rag & Bone Holdings, LLC and TB Topco Sagl filed a supplemental letter regarding their previously filed pre-motion request for sanctions against Defendant Miramar Brands Group, Inc. ("MBG"). Plaintiffs publicly filed a redacted version of the letter with a redacted exhibit, and filed under seal an unredacted version.

WHEREAS, Plaintiffs also filed, on October 19, 2026, a motion for leave to file in redacted form the public version of the supplemental letter and to maintain the unredacted version, and the exhibit cited in the redacted portion, under seal. In support of the motion, Plaintiffs argued that the redacted material is sensitive in nature and implicates the privacy interests and conduct of third parties who are not parties to the above-captioned case. *See United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995) (describing the privacy interests of third parties as "a venerable common law exception to the presumption of access"); *Marsh & McLennan Agency, LLC v. Alliant Ins. Servs., Inc.*, No. 25 Civ. 1260, 2026 WL 3071693, at *2 (S.D.N.Y. Oct. 14, 2026). The motion was granted by Order dated October 20, 2026.

WHEREAS, pursuant to a separate Order dated October 20, 2026, MBG filed a response to Plaintiffs' pre-motion letter on November 2, 2026. MBG did not file any motion to seal or redact any portion of its response.

WHEREAS, consistent with this Court's usual practice, MBG's response was placed under preliminary seal for the purpose of allowing the third party with the potential privacy interest either to consent to the disclosure of the material or to present argument as to why the seal should be maintained. It is hereby

**ORDERED** that, by **November 4, 2026**, counsel for both sides shall communicate independently with the third party named in the redacted portion of Plaintiffs' supplemental letter and provide the third party with (i) a copy of this Order and (ii) copies of all relevant filings, including those currently under seal. For the avoidance of doubt, the relevant filings comprise those at Dkt. Nos. 163, 164, 164-1 and 172. Counsel for Plaintiffs and counsel for MBG shall email the Court's chambers to confirm delivery of the materials to the third party.

**ORDERED** that, by **November 11, 2026**, the third party may communicate with the Court whether they assert a privacy interest in the redacted and sealed material that justifies maintaining the material under seal and, if so, the legal authority to do so; or whether they consent to the public filing of the material. The Court will docket any such communication either publicly or under seal. If no such communication is received, the material will be unsealed.

Dated: November 3, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**